B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Harrington West Financial Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**48-1175170** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**460 Alisal Rd.**<br>**Solvang, CA 93463**   ZIP CODE **93463-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Barbara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 442**<br>**Solvang, CA 93464**   ZIP CODE **93464-0000** | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,000 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10)                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Harrington West Financial Group, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br>    _____<br>    (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Harrington West Financial Group, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _~signature~_<br>Signature of Attorney for Debtor(s)<br>**Sharon M. Kopman (SBN164449)**<br>Printed Name of Attorney for Debtor(s)<br>**Landau Gottfried & Berger LLP**<br>Firm Name<br>**1801 Century Park East<br>Suite 1460<br>Los Angeles, CA 90067**<br>Address<br>**(310) 557-0050 Fax:(310) 557-0056**<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer )(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _~signature~_<br>Signature of Authorized Individual<br>**William W. Phillips, Jr.**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>_September 10, 2010_<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sharon M. Kopman<br>Landau Gottfried & Berger LLP<br>1801 Century Park East<br>Suite 1460<br>Los Angeles, CA 90067<br>(310) 557-0050 Fax: (310) 557-0056<br>(SBN 164449)<br>☒ *Attorney for:* Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    Harrington West Financial Group, Inc.<br><br>                         Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

<center>

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</center>

☒   Petition, statement of affairs, schedules or lists           Date Filed:    <u>9/11/2010</u>
☐   Amendments to the petition, statement of affairs, schedules or lists    Date Filed:    _____
☐   Other: _____             Date Filed:    _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____         <u>September 10, 2010</u>
Signature of Authorized Signatory of Filing Party        Date

<u>William W. Phillips, Jr.</u>
*Printed Name of Authorized Signatory of Filing Party*

<u>President</u>
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____         <u>9-10-10</u>
Signature of Attorney for Filing Party        Date

<u>Sharon M. Kopman</u>
*Printed Name of Attorney for Filing Party*

---

*November 2006*      This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010

The undersigned, constituting all the members of the Board of Directors ("Board") of Harrington West Financial Group, Inc. (the "Corporation"), by their signatures below, and in accordance with Article III Section One of the Bylaws, and pursuant to Section 307(b) of the California Corporations Code, hereby adopt the following resolutions by this Unanimous Written Consent:

**WHEREAS,** the Board of Directors believe that it is in the best interest of the Corporation to adopt the following resolutions:

**RESOLVED,** that it is in the best interest of the Corporation, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED,** that the Law Firm of Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90064 shall be employed as attorney for the Corporation to file the Corporation's Chapter 11 case;

**RESOLVED,** that the Corporation shall be, and hereby is, authorized, directed and empowered to retain, on behalf of the Corporation additional professionals or independent contractors, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, as may be necessary in connection with the Corporation's Chapter 11 case and other related matters, on such terms as such officers shall approve;

**RESOLVED,** that William W. Phillips, Jr., as President of the Corporation, be, and he hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute a petition for relief under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Central of California, Northern division, at such time as said officer executing the same shall determine and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

**RESOLVED,** that the following individuals be, and they hereby are, appointed authorized officers of the Corporation in the capacities set forth opposite their names (collectively, the "Authorized Officers" and individually, an "Authorized Officer") and that each of the Authorized Officers be, and they hereby are, acting individually in the name and on behalf of the Corporation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith (collectively, the "Documents"); subject to necessary regulatory approvals (if any), pay all expenses, including filing fees, in each case as shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, and to take and perform any and all further acts and deeds which such Authorized Officer deems deem necessary, proper or desirable in connection with the Corporation's Chapter 11 case:

| Authorized Officer | Office |
|---|---|
| William W. Phillips, Jr. | President |
| Craig J. Cerny | Chief Executive Officer |

**RESOLVED**, that (i) the form, terms and provisions of the Documents executed, delivered and performed by an Authorized Officer on behalf of the Corporation related to or arising from the resolutions contained herein are ratified, approved and confirmed, (ii) that the transactions described in the Documents are ratified, approved and confirmed, and (iii) that the execution and delivery of the Documents by an Authorized Officer shall be conclusive evidence of the approval of such documents by the Board;

**RESOLVED**, that the Authorized Officers be, and they hereby are, acting individually in the name of and on behalf of the Corporation, authorized, empowered and directed to hire additional employees at the Corporation, engage external resources and to otherwise outsource work to the extent such Authorized Officer deems necessary, advisable, expedient, convenient, proper or desirable in connection with the Corporation's Chapter 11 case; and

**RESOLVED**, that any and all past actions, covenants or promises of the Corporation, or any of the Authorized Officers or directors of the Corporation in the name and on behalf of the Corporation, in furtherance of any or all the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects; and

**RESOLVED**, that these resolutions shall remain in full force and effect until written notice of their repeal shall have been received by the counter-party under, or in the case of the court presiding over the Chapter 11 case the recipient of, the Documents of their repeal and then, any such repeal shall only be effective as to any acts taken after receipt of such written notice.

## EXECUTION BY FACISMILE

**RESOLVED**, that this Unanimous Written Consent may be executed by facsimile, and, upon such execution, shall have the same force and effect as an original.

## EXECUTION IN COUNTERPARTS

**RESOLVED**, that this Unanimous Written Consent may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

This Unanimous Written Consent shall be filed with the minutes of the proceedings of the Corporation's Board of Directors.

[SIGNATURES ON FOLLOWING PAGE]

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010

**IN WITNESS WHEREOF,** each of the undersigned has executed this Action by
Unanimous Written Consent as of September 2, 2010.

William Phillips
President of Harrington West Financial Group, Inc.


Craig Cerny
Chief Executive Officer of Harrington West Financial Group Inc.


Paul O. Halme


Timothy Hatlestad


John J. McConnell


William D. Ross

<div align="center">

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010

</div>

**IN WITNESS WHEREOF,** each of the undersigned has executed this Action by Unanimous Written Consent as of September 2, 2010.


_____
William Phillips
President of Harrington West Financial Group, Inc.

_____
Craig Cerny
Chief Executive Officer of Harrington West Financial Group Inc.


_____
Paul O. Halme


_____
Timothy Hatlestad


_____
John J. McConnell


_____
William D. Ross

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010


**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by Unanimous Written Consent as of September 2, 2010.


_____
William Phillips
President of Harrington West Financial Group, Inc.


_____
Craig Cerny
Chief Executive Officer of Harrington West Financial Group Inc.

_____
Paul O. Halme


_____
Timothy Hatlestad


_____
John J. McConnell


_____
William D. Ross

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010


**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by
Unanimous Written Consent as of September 2, 2010.


_____
William Phillips
President of Harrington West Financial Group, Inc.


_____
Craig Cerny
Chief Executive Officer of Harrington West Financial Group Inc.


_____
Paul O. Halme


_____
Timothy Harlestad


_____
John J. McConnell


_____
William D. Ross

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010


**IN WITNESS WHEREOF**, each of the undersigned has executed this Action by
Unanimous Written Consent as of September 2, 2010.


_____
William Phillips
President of Harrington West Financial Group, Inc.


_____
Craig Cerny
Chief Executive Officer of Harrington West Financial Group Inc.


_____
Paul O. Halme


_____
Timothy Hatlestad

_____
John J. McConnell


_____
William D. Ross

SIGNATURE PAGE
TO
ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HARRINGTON WEST FINANCIAL GROUP, INC.
DATED SEPTEMBER 2, 2010

IN WITNESS WHEREOF, each of the undersigned has executed this Action by
Unanimous Written Consent as of September 2, 2010.


_____
William Phillips
President of Harrington West Financial Group, Inc.


_____
Craig Cerny
Chief Executive Officer of Harrington West Financial Group Inc.


_____
Paul O. Halme


_____
Timothy Hatlestad


_____
John L. McConnell

_____
William D. Ross

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number<br>**Sharon M. Kopman**<br>**Landau Gottfried & Berger LLP**<br>**1801 Century Park East**<br>**Suite 1460**<br>**Los Angeles, CA 90067**<br>**(310) 557-0050 Fax: (310) 557-0056**<br>California State Bar Number: **164449**<br><br>*Attorney for Debtor* | FOR COURT USE ONLY |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| In re:<br><br>   **Harrington West Financial Group, Inc.**<br><br><div align="right">Debtor(s),<br>Plaintiff(s),<br>Defendant(s).</div> | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11** |

<div align="center">

**Corporate Ownership Statement Pursuant to**
**F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5**

</div>

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __William W. Phillips, Jr._____ , the undersigned in the above-captioned case, hereby declare
<div align="center">*(Print Name of Attorney or Declarant)*</div>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a.  ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

See attached Exhibit 1

b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____        *September 10, 2010*
Signature of Attorney or Declarant           Date

**William W. Phillips, Jr.**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Corporate Ownership Statement

Exhibit 1

The following entities directly or indirectly own 10% or more of the following HWFG equity
interests:

    (A)  HWFG Common Stock (as of June 25, 2010)
        Douglas Breeden – 13.74%
        Concordia Financial Services Fund, L.P. – 13.4%

    (B) HWFG Preferred Stock (as of the Petition Date)
        Jim McCroy – 35.08%
        Peter Fraser – 17.54%
        E. Han Kim – 10.52%

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Harrington West Financial Group, Inc.             Case No. _____

                          Debtor(s)             Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | HWFG Corporate Credit Card August - September 2010 | | Unknown |
| American Stock Transfer<br>59 Maiden Lane<br>New York, NY 10038 | American Stock Transfer<br>59 Maiden Lane<br>New York, NY 10038 | Monthly service fee and processing fees for annual meeting list, etc. | | Unknown |
| Broadridge Investor Communication<br>P.O. Box 23487<br>Newark, NJ 07189 | Broadridge Investor Communication<br>P.O. Box 23487<br>Newark, NJ 07189 | Investor Communications services | | Unknown |
| Business Wire<br>Department 34182<br>P.O. Box 39000<br>San Francisco, CA 94139 | Business Wire<br>Department 34182<br>P.O. Box 39000<br>San Francisco, CA 94139 | Investor communications | | Unknown |
| CDW<br>P.O. Box 75723<br>Chicago, IL 60675 | CDW<br>P.O. Box 75723<br>Chicago, IL 60675 | Office supplies | | Unknown |
| Central Coast Image<br>P.O. Box 139<br>2030 Viborg, No. 10<br>Solvang, CA 93464 | Central Coast Image<br>P.O. Box 139<br>2030 Viborg, No. 10<br>Solvang, CA 93464 | Office supplies | | Unknown |
| Delaware Franchise Tax Board<br>Divisions of Corporations<br>PO Box 898<br>Dover, DE 19903 | Delaware Franchise Tax Board<br>Divisions of Corporations<br>PO Box 898<br>Dover, DE 19903 | Tax | | 230,000.00 |
| Los Padres Bank<br>610 Alamo Pintado Rd.<br>Solvang, CA 93463 | Los Padres Bank<br>610 Alamo Pintado Rd.<br>Solvang, CA 93463 | Administrative Services Agreement | | Unknown |
| Mediant Communications LLC<br>P.O. Box 542<br>Saddle Brook, NJ 07663 | Mediant Communications LLC<br>P.O. Box 542<br>Saddle Brook, NJ 07663 | Mailing Service for Investor Communications | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re    Harrington West Financial Group, Inc.                              Case No. _____
_____
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Reitner, Stuart, Moore 1319 Marsh Street San Luis Obispo, CA 93401 | Reitner, Stuart, Moore 1319 Marsh Street San Luis Obispo, CA 93401 | Corporate Counsel | | Unknown |
| Sprint P.O. Box 219100 Kansas City, MO 64121 | Sprint P.O. Box 219100 Kansas City, MO 64121 | Long distance telephone services | | Unknown |
| Wells Fargo Delaware Trust Company Attn: Reema Patel 919 N Market Street Wilmington, DE 19801 | Wells Fargo Delaware Trust Company Attn: Reema Patel 919 N Market Street Wilmington, DE 19801 | TRUP II Debt | | 10,310,000.00 |
| Wilmington Trust Company Attn: Geoff Lewis Rodney Square North 1100 N Market Street Wilmington, DE 19890 | Wilmington Trust Company Attn: Geoff Lewis Rodney Square North Wilmington, DE 19890 | TRUP I Debt | | 15,464,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 10, 2010          Signature  _____
                                                    William W. Phillips, Jr.
                                                    President

*Penalty for making a false statement or concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    Harrington West Financial Group, Inc.                                  Case No. _____

                                                    Debtor

                                                                                Chapter_____  11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 1. List of Registered Shareholders as of June 25, 2010 attached hereto as Exhibit A | Common Stock | | |
| Craig Cerny<br>9701 E Happy Valley Dr<br>Lot 33<br>Scottsdale, AZ 85255 | Preferred Stock | 2,000 | |
| E. Han Kim<br>2980 Hickory Ln<br>Ann Arbor, MI 48104 | Preferred Stock | 6,000 | |
| Jim McCroy<br>10975 E Saguaro Canyon Tr.<br>Scottsdale, AZ 85255 | Preferred Stock | 20,000 | |
| John McConnell<br>725 Northridge Dr<br>West Lafayette, IN 47906 | Preferred Stock | 1,000 | |
| Mark Larrabee<br>4206 Homestead Dr.<br>Prairie Village, KS 66208 | Preferred Stock | 1,000 | |
| Paul Halme<br>1285 Fredensborg Canyon Rd<br>Solvang, CA 93463 | Preferred Stock | 1,000 | |
| Peter Fraser<br>14 Courtsfield Crescent<br>Etobicoke, ONT<br>CANADA  M9A4S9 | Preferred Stock | 10,000 | |
| Stan Kon<br>Smith Breeden Asso.<br>280 S Mangum St, Ste 301<br>Durham, NC 27517 | Preferred Stock | 4,000 | |
| Susan Weber<br>3680 Mattei Rd<br>Santa Ynez, CA 93460 | Preferred Stock | 1,000 | |

___1___   continuation sheets attached to List of Equity Security Holders

In re      Harrington West Financial Group, Inc.                                                    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tomothy Hatiestad<br>12253 N 78th Pl<br>Scottsdale, AZ 85260 | Preferred Stock | 1,000 | |
| Trevor Colvin<br>c/o Blue Capital Group<br>194 Finley Golf Course Rd<br>Ste 100<br>Chapel Hill, NC 27517 | Preferred Stock | 4,000 | |
| W. Frank Sutton<br>120 Lancaster Dr.<br>Chapel Hill, NC 27517 | Preferred Stock | 4,000 | |
| William Ross<br>2623 Mathers Ave<br>West Vancouver, BC<br>CANADA V7V2J3 | Preferred Stock | 1,000 | |
| William W. Phillips<br>1888 Ringsted Dr<br>Solvang, CA 93463 | Preferred Stock | 1,000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  September 10, 2010                    Signature  _____
                                                        William W. Phillips, Jr.
                                                        President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  1  of  1  continuation sheets attached to the List of Equity Security Holders

EXHIBIT A

AMERICAN STOCK TRAN    & TRUST COMPANY

08/30/2010

.11A-A

*** SELECTION CRITERIA ***

COMPANY: 13249 HARRINGTON WEST FINANCIAL GROUP INC

| | |
|---|---|
| SEQUENCE | : ALPHABETIC |
| AS OF DATE | : 08/29/2010   (RECORD DATE 2) |
| CERTIFICATION REQUIRED: | NO |
| D/R OPTION | : D/R SHARES OMITTED |
| D/R ACCOUNT TYPE | : ALL D/R TYPES |
| SHARE OPTION | : RECORD DATE 2 SHARES |
| D/R SHARE OPTION | : N/A |
| SPEC. ACCT SELECTION | : ALL |
| MAIL CODE SELECTION | : ALL |
| DIR. DEP. SELECTION | : ALL ACCOUNTS |
| ADJ. ADDRESS SELECTION: | LEGAL N/A |
| SHARE RANGE | : .001 THRU 99999999 |
| ZIP CODE RANGE | : ALL |
| RESIDENCE CODE RANGE | : ALL |
| CLASS CODE RANGE | : ALL |
| DATE SELECTION | : NONE |
| DATE OPTION | : NONE |
| SUPPRESS CODE | : N/A |
| SUPPRESS TAX-ID NUMBER: | YES |

```
11A-E                        AMERICAN STOCK TRAN     & TRUST COMPANY              09/10/2010                    PAGE    1

                                   *** LIST OF SHAREHOLDERS ***

                                    HARRINGTON WEST FINANCIAL GROUP INC

COMPANY: 13249

0000010407           38,709    0000010408           90,323    0000010429           27,499    0000010421           17,289

BANC FUND VI L.P.              BANC FUND VII L.P.             KAMALA D BEAUMONT              ERIC BEHR
C/O MANATT PHELPS & PHILLIPS LLP  THE BANC FUNDS COMPANY LLC    3901 E COAST HIGHWAY UNIT 40   930 EAST 72ND AVENUE
20 NORTH WACKER DR STE 3300    20 NORTH WACKER DR STE 3300    CORONA DEL MAR CA 92625-2557   ANCHORAGE, AK 99518-2310
CHICAGO IL 60606               CHICAGO IL 60606

0000010418           12,012    0000010420           12,013    0000010398            3,600    0000010018              360

PATRICK BEHR                   WENDY BEHR                     STEVEN JOE BERG & ALICE LYNN BERG   STEVEN J BERG
5141 CRESTON VALLEY ROAD       1279 TWELFTH STREET            REVOCABLE TRUST DATED JANUARY 31 2000  889 KOLDING AVE
PASO ROBLES, CA 93446-9434     LOS OSOS, CA 93402-1316        889 KOLDING AVENUE             SOLVANG, CA 93463-2236
                                                              SOLVANG, CA 93463-2236

0000010021            1,242    0000010022           11,923    0000010312        4,755,064    0000010321          334,118

T HALE BOGGS                   SUSAN K BOTT                   CEDE & CO (FAST ACCOUNT)       CRAIG J CERNY & RHONDA S CERNY TTEES
C/O MANATT PHELPS & PHILLIPS LLP  160 WILLOW DRIVE             P O BOX 20                    OF THE RESTATED AGREEMENT OF THE
11355 WEST OLYMPIC BLVD         PO BOX 2                       BOWLING GREEN STATION          CRAIG J CERNY TRUST DATED 06/21/92
LOS ANGELES, CA 90064-1631     SOLVANG, CA 93464-0002         NEW YORK, NY 10004-1408        RESTATEMENT DATED 06/04/04
                                                                                             14100 N NORTHSIGHT BLVD
                                                                                             SCOTTSDALE, AZ 85260-3628

0000010342           10,500    0000010320           72,900    0000010050              350    0000010057            1,200

CRAIG J CERNY &                CRAIG J CERNY & RHONDA S CERNY TTEES   KIM H CHAMBERS         MO YUEN CHOW &
RHONDA S CERNY TR 06/04/04     OF THE RHONDA S CERNY TRUST    203 S TULIP ST                 SUI OI YEE CHOW JT TEN
OF THE RHONDA S CERNY TRUST    06/04/04                       LOMPOC, CA 93436-6424          403 LIVINGSTONE DRIVE
14100 N NORTHSIGHT BLVD        C/O LOS PADRES BANK                                           CARY, NC 27513-2920
SCOTTSDALE AZ 85260-3628       14100 N NORTHSIGHT BLVD
                               SCOTTSDALE, AZ 85260-3628

0000010058              468    0000010416          268,807    0000010423          982,845    0000010428            5,000

MO-YUEN CHOW &                 COMMINITY FIRST FINANCIAL GROUP   CONCORDIA FINANCIAL SERVICES FUND LP   CONCORDIA FINANCIAL SERVICES FUND LP
SUI OI YEE CHOW JT TEN         P.O. BOX 16/752                420 EAST 3RD STREET            420 E 3RD ST SUITE 904
403 LIVINGSTONE DRIVE          CHAPEL HILL, NC 27516-6752     SUITE 904                      LOS ANGELES, CA 90013-1647
CARY, NC 27513-2920                                           LOS ANGELES, CA 90013-1647
```

11A-B

AMERICAN STOCK TRAN & TRUST COMPANY                           08/30/2010          PAGE   2

*** LIST OF SHAREHOLDERS ***

HARRINGTON WEST FINANCIAL GROUP INC

COMPANY: 13249

| | |
|---|---|
| 0000010305<br>WILLIAM H DAVIDSE TR 07-31-78<br>FOR THE WILLIAM H DAVIDSE TRUST<br>3055 HARBOR DR #1201<br>FORT LAUDERDALE, FL 33316-2462<br>**7,051** | 0000010306<br>WILLIAM H DAVIDSE<br>TR UA / 31/78<br>WILLIAM H DAVIDSE TRUST<br>3055 HARBOR DR #1201<br>FORT LAUDERDALE, FL 33316-2462<br>**4,388** |
| 0000010070<br>DIVERSIFIED INVESTMENT GROUP<br>C/O CLAY BASTIAN GENERAL PARTNER<br>100 EAST ENGLISH<br>WICHITA, KS 67202-3706<br>**10,285** | 0000010072<br>BRANDON DUNN<br>129 SOUNDVIEW AVE<br>WHITE PLAINS, NY 10606-3614<br>**10,287** |
| 0000010066<br>ANDREW ERSKINE<br>4968 CALVIN AVENUE<br>TARZANA, CA 91356<br>**1,454** | 0000010094<br>JOSEPH FOSS & MARY FOSS<br>TR UA 03/28/90<br>FOSS LIVING TRUST<br>P O BOX 523<br>SANTA YNEZ, CA 93460-0523<br>**1,099** |
| 0000010093<br>JOSEPH A FOSS & MARY L FOSS TR UA<br>03-28-90 FOSS LIVING TRUST<br>P O BOX 523<br>SANTA YNEZ, CA 93460-0523<br>**11,923** | 0000010409<br>PETER FRASER<br>14 COURTSFIELD CRESCENT<br>ETOBICOKE ONT<br>CANADA M9A 459<br>**64,500** |
| 0000010095<br>PETER L FRASER<br>14 COURTSFIELD CRESCENT<br>ETOBICOKE ON M9A 459<br>CANADA<br>**250,000** | 0000010410<br>THE GIARLA & MICHELSON CHARITABLE<br>FOUNDATION<br>SMITH BRENDEN ASSOCIATES<br>4124 TRENTON RD<br>CHAPEL HILL, NC 27517-7833<br>**12,500** |
| 0000010102<br>LAWRENCE B GOLASZEWSKI<br>4623 GULFSTREAM DRIVE<br>DALLAS, TX 75244-7627<br>**4,320** | 0000010427<br>BRUCE N GORDON<br>2935 E CLARK AVE<br>SANTA MARIA, CA 93455-5809<br>**2,125** |
| 0000010108<br>ELLEN KIM GURSKY<br>166 CHURCHILL RD<br>TENAFLY, NJ 07670-3106<br>**3,600** | 0000010402<br>PAUL O HALME<br>1285 FREDENSBORG CANYON ROAD<br>SOLVANG, CA 93463-2024<br>**1,200** |
| 0000010391<br>PAUL O HALME<br>POST OFFICE BOX 665<br>SOLVANG, CA 93464-0665<br>**1,800** | 0000010395<br>FREDERICK JAY HARRISON<br>3305 SAGUNTO STREET<br>SANTA YNEZ, CA 93460-9786<br>**6,000** |
| 0000010396<br>JACK HARRISON<br>3376 PINE STREET<br>SANTA YNEZ, CA 93460-9431<br>**6,000** | 0000010038<br>ALAN T HITT<br>KATHLEEN CAMPBELL<br>2540 SCHOOL ST<br>SOLVANG, CA 93463-9754<br>**900** |
| 0000010118<br>HELMUT J HOLZHEU &<br>DORIS V HOLZHEU TR UA 07-06-90<br>HELMUT J HOLZHEU FAMILY TRUST<br>2165 INONI ROAD<br>SOLVANG, CA 93463-9428<br>**2,500** | 0000010375<br>TONNES BOYD JOHNSON III<br>236 CAMILLE AVENUE<br>GREENVILLE, SC 29605-1704<br>**100** |

```
11A-9                           AMERICAN STOCK TRAN   & TRUST COMPANY        08/30/2010                 PAGE   3

                                    ***  LIST  OF  SHAREHOLDERS  ***

COMPANY: 13249                   HARRINGTON WEST FINANCIAL GROUP INC
```

| Account | Name / Address | Shares |
|---|---|---|
| 0000010133 | ALLAN S JONES<br>2314 JANIN WAY<br>SOLVANG, CA 93463-9402 | 9,000 |
| 0000010134 | DEAN WITTER REYNOLDS CUSTODIAN<br>FOR GEORGE GORDON JONES<br>IRA, ROLLOVER DATED 06/07/94<br>C/O JOHN ROGAN<br>75 VARRICK STREET 4TH FLOOR<br>NEW YORK NY 10013-1917 | 800 |
| 0000010136 | HERBERT G JONES JR &<br>JOY A JONES JT TEN<br>985 SILVERDOLLAR LANE<br>NIPOMO, CA 93444-9458 | 360 |
| 0000010139 | WILLIAM T KESSLER &<br>MARIAN S KESSLER JTTEN<br>260 HILLCREST DRIVE<br>MARION, NC 28752-3928 | 1,900 |
| 0000010140 | THE KIEFFER CORPORATION<br>RETIREMENT PLAN<br>C/O MANATT PHELPS & PHILLIPS LLP<br>11355 WEST OLYMPIC BLVD<br>LOS ANGELES, CA 90064-1631 | 1,028 |
| 0000010141 | SANDRA R KING<br>C/O MANATT PHELPS & PHILLIPS LLP<br>11355 WEST OLYMPIC BLVD<br>LOS ANGELES, CA 90064-1631 | 1,242 |
| 0000010426 | CHARLES I KLINE TR<br>02/10/88<br>FBO CHARLES I &<br>GERALDINE KLINE TRUST<br>2675 QUAIL VALLEY RD<br>SOLVANG, CA 93463-9510 | 240 |
| 0000010142 | KELLY BRIAN KLINE<br>3880 RAMBLA ORIENTA<br>MALIBU, CA 90265-5114 | 120 |
| 0000010143 | KOREY ROBERT KLINE<br>7028 SW 65 AVE<br>SOUTH MIAMI, FL 33143-3248 | 120 |
| 0000010144 | KRIS FALLON KLINE<br>3302 WOLF CT<br>PEARLAND, TX 77584-3122 | 120 |
| 0000010148 | NEAL D KON<br>4886 QUEENS GRANT ROAD<br>WINSTON SALEM, NC 27106-9640 | 1,000 |
| 0000010415 | MARK R LARRABEE<br>4206 HOMESTEAD DRIVE<br>PRAIRIE VILLAGE, KS 66208-1550 | 1,000 |
| 0000010181 | JOHN R MASON &<br>DIANE C MASON JT TEN<br>11530 HEMLOCK<br>OVERLAND PARK, KS 66210-2444 | 5,400 |
| 0000010424 | GORDON ROBERTS MCDEVITT<br>971 E 11TH ST<br>GROVER BEACH, CA 93433-2771 | 50 |
| 0000010403 | JUDITH MCLENDON<br>859 CLAYTON AVE<br>BAY HEAD, NJ 08742-5306 | 200 |
| 0000010193 | MIMI MURRAY MERIWETHER<br>PO BOX 337<br>NORTH SALEM, NY 10560-0337 | 5,100 |
| 0000010135 | BETTY L MILLS<br>2030 CHESTER BLVD<br>RICHMOND, IN 47374-1215 | 12,754 |
| 0000010137 | JUNE P MERTON<br>67 PINE ROAD<br>CHESTNUT HILL, MA 02467-2313 | |
| 0000010200 | | 72,690 |
| 0000010210 | GEORGE G C PARKER &<br>JOAN W PARKER<br>COMMUNITY PROPERTY<br>280 MAPACHE DRIVE<br>PORTOLA VALLEY, CA 94028-7318 | 1,158 |
| 0000010211 | GEORGE G C PARKER<br>280 MAPACHE DR<br>PORTOLA VALLEY, CA 94028-7318 | 3,000 |

11A-B

AMERICAN STOCK TRAN & TRUST COMPANY

*** LIST OF SHAREHOLDERS ***

HARRINGTON WEST FINANCIAL GROUP INC

COMPANY: 13245                                                      08/30/2010                    PAGE 4

---

0000010307                          12,434
WILLIAM J PETERSEN &
MYRA M PETERSEN TR UA 03-07-90
WILLIAM J PETERSEN & MYRA M
PETERSEN LIVING TRUST
3064 GLENGARY DR
SANTA YNEZ, CA 93460-9692

0000010314                             217
ERLING J POHLS &
SUE F POHLS JT TEN
PO BOX 516
SOLVANG, CA 93464-0516

0000010341                             217
WILLIAM N PHILLIPS JR &
WENDY L PHILLIPS TR 07/25/99
PHILLIPS FAMILY TRUST
1889 RINGSTED DR
SOLVANG, CA 93463-2244

0000010286                          70,562
ERLING J POHLS CHARITABLE
REMAINDER UNITRUST 1
PO BOX 516
SOLVANG, CA 93464-0516                              1,590

---

0000010370                             405
ERLING J POHLS &
SUE F POHLS JT TEN
POB 516
SOLVANG, CA 93464-0516

0000010228
ERLING J POHLS &
SUE F POHLS JT TEN
PO BOX 516
SOLVANG, CA 93464-0516

0000010219                           3,345
ERLING J POHLS &
SUE F POHLS JT TEN
PO BOX 516
SOLVANG, CA 93464-0516

0000010230                           4,907
RICHMAN WEST INVESTMENTS
A CALIFORNIA GENERAL PARTNERSHIP
514 FOXEN DRIVE
SANTA BARBARA, CA 93105-2513                        3,600

---

0000010163                           3,600
MARTHA L RICHMAN TR UA NOV 9 87
SURVIVORS TRUST UNDER LG & ML
RICHMAN REVOCABLE TRUST
514 FOXEN DR
SANTA BARBARA, CA 93105-2513

0000010371                           3,600
BEAUMONT W ROSS
1837 ATLANTIC CITY AVE
GROVER BEACH, CA 93433-1414

0000010257                           1,500
BRIAN N ROSS
CUST WILLIAM WALKER ROSS
U NY UNIF TRANSFER TO MINORS ACT
61 IRVING PLACE UNIT 5
NEW YORK, NY 10003-2324

0000010234                             600
BRIAN N ROSS CUST
ANNA MCKENZIE CURRY ROSS UNDER
THE NY UNIF TRANSFER TO MINORS
ACT
61 IRVING PLACE UNIT 5
NEW YORK, NY 10003-2324                             1,515

---

0000010236                             316
DARRELL ADAM ROSS
PO BOX 615
BROOKVILLE, CA 95415-0615

0000010240
DARRELL A ROSS CUST
KIRSTEN ROSS UNDER THE CA
UNIF TRANSFER TO MINORS ACT
1837 ATLANTIC CITY AVE
GROVER BEACH, CA 93433-1414

0000010243                           1,818
DARRELL A ROSS CUST
LILLIAN MAE ROSS
U CA UNIF TRANSFER TO MINORS ACT
1837 ATLANTIC CITY AVE
GROVER BEACH, CA 93433-1414

0000010246                             720
DARRELL A ROSS CUSTODIAN
OLIVIA HALEY ROSS UNDER THE CA
UNIF TRANSFER TO MINORS ACT
1837 ATLANTIC CITY AVE
GROVER BEACH, CA 93433-1414                         1,090

---

0000010322                             800
KENDRA LOGAN ROSS
PO BOX 615
BROOKVILLE, CA 95415-0615

0000010334                           1,000
MARY R ROSS
SUITE 400 1129 HORNBY ST
VANCOUVER BC
V6Z 2L4
CANADA

0000010387                             500
MARY R ROSS
1129 HORNBY ST  SUITE 400
VANCOUVER BC
CANADA V6Z3L4

0000010152
CHERYL LADD RUSSELL TR
KOTA COMPANY RETIREMENT TRUST
C/O MICHAEL H LESTER CPA
1990 WESTWOOD BLVD 200
LOS ANGELES, CA 90025-1674                          9,090

111A-B                          AMERICAN STOCK TRAN  & TRUST COMPANY                09/30/2010          PAGE    5

                                          *** LIST OF SHAREHOLDERS ***

                                        HARRINGTON WEST FINANCIAL GROUP INC

COMPANY: 13249

0000010153                3,510    0000010165                  100    0000010265               9,000    0000010270              12,470
CHERYL LADD RUSSELL TRUSTEE        GENE R SCHECK &                     MYRON SCHOLES                     SKOV-WEBER LIMITED PARTNERSHIP
KOYA COMPANY RETIREMENT TRUST      PATRICIA A SCHECK, JT TEN           C/O OAK HILL CAPITAL MANAGEMENT   ELLEN K WEBER GENERAL PARTNER
C/O MICHAEL H LESTER CPA           855 VIA CAMPOBELLO                  34 STERN LANE                     1820 OLD MILL ROAD
1999 WESTWOOD BLVD 200             SANTA BARBARA, CA 93111-1225        ATHERTON, CA 94027-5423           SOLVANG CA 93463-2221
LOS ANGELES, CA 90025-4674

0000010271                   24    0000010170                    1    0000010283               1,800    0000010286              12,600
BRIELYN AYANTA SMITH               SNL FINANCIAL LLC                   LOUISE J THURMAN &                ROBERT KENNETH ULICKI
5015 DELAWARE TURNPIKE             C-O DANIEL OAKEY                    DONALD M THURMAN                  21 KNIGHTSWOOD ROAD
RENSSELAERVILLE NY 12147           ONE SNL PLAZA                       COMMUNITY PROPERTY                TORONTO ONT M9N 2G9
                                   BOX 2124                            5318 N WHITE SPRUCE PL            CANADA
                                   CHARLOTTESVILLE, VA 22902-5150      BOISE, ID 83713-1429

0000010289                2,985    0000010325                1,740    0000010290               2,076    0000010301               9,107
VACCA FAMILY TRUST                 PHILIP T VACCA &                    LEONARD D VERNER                  STEEN WEBER &
1758 ALAMO PINTADO ROAD            LARA S VACCA, VACCA FAMILY          4719 ELENITA AVE                  SUSAN CAROLYN WEBER
SOLVANG, CA 93463-9712             TRUST UA 01-01-01                   TARZANA, CA 91356-4933            TR UA 11/17/98
                                   1758 ALAMO PINTADO RD                                                WEBER FAMILY TRUST
                                   SOLVANG, CA 93463-9712                                                369 MATTEI RD
                                                                                                         SANTA YNEZ, CA 93460-9726

0000010369               18,000    0000010400                  100    0000010310               2,760    0000010311               3,000
SUSAN C WEBER                      ALICE J SMITS                       MICHAEL ZEIGELBAUM                MICHAEL ZIEGELBAUM
369 MATTEI ROAD                    6146 COVINGTON WAY                  3 KENSINGTON ROAD                 3 KENSINGTON RD
SANTA YNEZ, CA 93460-9726          GOLETA, CA 93117-1739               SCARSDALE, NY 10583-2258          SCARSDALE, NY 10583-2258

111A-B

COMPANY: 13249

AMERICAN STOCK TRA & TRUST COMPANY

*** LIST OF SHAREHOLDERS ***

HARRINGTON WEST FINANCIAL GROUP INC

08/30/2010

PAGE 6

TOTAL NUMBER OF SHARES SELECTED : 7,364,089.000

TOTAL NUMBER OF ACCOUNTS SELECTED: 96

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Sharon M. Kopman**<br>**Landau Gottfried & Berger LLP**<br>**1801 Century Park East**<br>**Suite 1460**<br>**Los Angeles, CA 90067**<br>**(310) 557-0050 Fax:(310) 557-0056**<br>**CA State Bar Number: 164449** | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Harrington West Financial Group, Inc.**<br><br>                                          Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>    (No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
      **610 Alamo Pintado Road, Solvang, CA  93463**

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
      **460 Alisal Road, Solvang, CA  93463**

3.    Disclose the current business address(es) for all corporate officers:
      **460 Alisal Road, Solvang, CA  93463**

4.    Disclose the current business address(es) where the Debtor's books and records are located:
      **460 Alisal Road, Solvang, CA  93463**
      **610 Alamo Pintado Road, Solvang, CA  93463**

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
      **460 Alisal Road, Solvang, CA  93463**

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
      **P.O. Box 442, Solvang, CA 93464 (mailing address for Debtor after Bank placed into receivership and Debtor moved its offices)**

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
      **William W. Phillips, Jr.**
      **President**
      **460 Alisal Road, Solvang, CA  93463**

8.    Total number of attached pages of supporting documentation:  __0__

---

*Rev. 12/99*   This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.      **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                    Best Case Bankruptcy

| In re | CHAPTER 11 |
|---|---|
| Harrington West Financial Group, Inc. | |
| Debtor. | CASE NUMBER |

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on *9-10-20?* at *Solvang*, California.

William W. Phillips, Jr.
_Type Name of Officer_

President
_Position or Title of Officer_

_Signature of Declarant_

_Rev. 12/99_ This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

VEN-C

Best Case Bankruptcy

STATEMENT OF RELATED CASES
INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
     against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
     copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
     corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
     and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
     assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property
     included in Schedule A that was filed with any such prior proceeding(s).)
              None.

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
     Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
     debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
     debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
     complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
     and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list
     any real property included in Schedule A that was filed with any such prior proceeding(s).)
              None.

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
     previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
     of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
     of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
     or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
     such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
     still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
     that was filed with any such prior proceeding(s).)
              None.

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
     been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
     proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending,
     and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed
     with any such prior proceeding(s).)
              None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Solvang_____ , California.

Dated _____September 10, 2010_____

_____
William W. Phillips, Jr.
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Harrington West Financial Group, Inc.**                                    Case No. _____

                                                    Debtor,

                                                    Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 579,281.62 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 26,004,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 579,281.62 | | |
| Total Liabilities | | | | 26,004,000.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Harrington West Financial Group, Inc. _____,   Case No. _____
                                                        Debtor

Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Harrington West Financial Group, Inc.**              Case No. _____

<div align="center">Debtor</div>

<div align="center">

# SCHEDULE A - REAL PROPERTY

</div>

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Harrington West Financial Group, Inc.**                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place
an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified
with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community
own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint
petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Union Bank 400 California Street, San Francisco, CA Balance as of September 9, 2010** | - | 539,974.34 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Executive Risk - (EC08500090) - St. Paul Mercury Insurance** | - | Unknown |
| | | **Excess Liability for Executive Risk Policy - (ELU118152-10) - XL Insurance** | - | Unknown |
| | | **Bond - (485PB0626) - St. Paul Mercury Insurance** | - | Unknown |
| | | **Excess Liability for Bond - (ELU118149-10) - XL Insurance** | - | Unknown |

Sub-Total >        539,974.34
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Harrington West Financial Group, Inc.**                    ,      Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| | | **Property & Casualty - (FS06805763) - St. Paul Mercury Insurance** | - | Unknown |
| | | **Mortgage Protection E&O - (MPP100000501) - Starnet Insurance Co.** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of stock of Los Padres Bank and its subsidiaries, seized by the FDIC on August 20, 2010** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                 Sub-Total >          0.00
                                          (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Harrington West Financial Group, Inc.**                                      Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | (1) Anticipated federal tax refund for tax year 2009 | - | Unknown |
| | | (2) Prepaid Office of Thrift Supervision holding company assessment | - | 37,492.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Supplies: Answering Machine, Printer, Computers | - | 1,815.28 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >         39,307.28
(Total of this page)

Sheet __2__ of __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Harrington West Financial Group, Inc.**                                          Case No. _____
                                                            ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Silverleaf Country Club membership**<br>**18701 N. Silverleaf Dr.**<br>**Scottsdale, AZ 85255** | - | Unknown |
| | | **Common Securities Interest in the HWFG Statutory Trust I**<br>**Wilmington Trust Compnay**<br>**Attn: Geoff Lewis**<br>**Rodney Square North**<br>**1100 N. Market Street**<br>**Wilmington, DE 19890** | - | Unknown |
| | | **Common Securities Interest in the HWFG Statutory Trust II**<br>**Wells Fargo Delaware Trust Company**<br>**Attn: Reema Patel**<br>**919 N Market Street**<br>**Wilmington, DE 19801** | - | Unknown |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 579,281.62 |

Sheet __3__ of __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **Harrington West Financial Group, Inc.**                    ,     Case No. _____

<div align="center">Debtor</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**   continuation sheets attached

<table>
<tr><td align="right">Subtotal<br>(Total of this page)</td><td></td><td></td></tr>
<tr><td align="right">Total<br>(Report on Summary of Schedules)</td><td>0.00</td><td>0.00</td></tr>
</table>

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re   **Harrington West Financial Group, Inc.** ,                                                          Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Harrington West Financial Group, Inc.**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | HWFG Corporate Credit Card August - September 2010 | | | | |
| American Express P.O. Box 0001 Los Angeles, CA 90096 | | - | | | | | | | Unknown |
| Account No. | | | | | Monthly service fee and processing fees for annual meeting list, etc. | | | | |
| American Stock Transfer 59 Maiden Lane New York, NY 10038 | | | | | | | | | Unknown |
| Account No. | | | | | Investor Communications services | | | | |
| Broadridge Investor Communication P.O. Box 23487 Newark, NJ 07189 | | - | | | | | | | Unknown |
| Account No. | | | | | Investor communications | | | | |
| Business Wire Department 34182 P.O. Box 39000 San Francisco, CA 94139 | | | | | | | | | Unknown |
| **2**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Harrington West Financial Group, Inc.**                                     ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CDW**<br>P.O. Box 75723<br>Chicago, IL 60675 | | - | **Office supplies** | | | | Unknown |
| Account No.<br><br>**Central Coast Image**<br>P.O. Box 139<br>2030 Viborg, No. 10<br>Solvang, CA 93464 | | - | **Office supplies** | | | | Unknown |
| Account No.<br><br>**Delaware Franchise Tax Board**<br>Divisions of Corporations<br>PO Box 898<br>Dover, DE 19903 | | - | **Stock and franchise tax due for 2009 and 2010** | | | | 230,000.00 |
| Account No.<br><br>**Los Padres Bank**<br>610 Alamo Pintado Rd.<br>Solvang, CA 93463 | | - | **Administrative Services Agreement - debt incurred over recurring dates** | | | | Unknown |
| Account No.<br><br>**Mediant Communications LLC**<br>P.O. Box 542<br>Saddle Brook, NJ 07663 | | - | **Mailing Service for Investor Communications** | | | | Unknown |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   230,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Harrington West Financial Group, Inc.**                                   Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Counsel | | | | |
| Reitner, Stuart, Moore 1319 Marsh Street San Luis Obispo, CA 93401 | - | | | | | | Unknown |
| Account No. | | | Long distance telephone services | | | | |
| Sprint P.O. Box 219100 Kansas City, MO 64121 | - | | | | | | Unknown |
| Account No. | | | (TRUP II) (September 25, 2003) (Amount listed is principal only as of Petition Date) | | | | |
| Wells Fargo Delaware Trust Company Attn: Reema Patel 919 N Market Street Wilmington, DE 19801 | - | | | | | | 10,310,000.00 |
| Account No. | | | (TRUP I) (September 23, 2004) (Amount listed is principal only as of Petition Date) | | | | |
| Wilmington Trust Company Attn: Geoff Lewis Rodney Square North 1100 N Market Street Wilmington, DE 19890 | - | | | | | | 15,464,000.00 |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    25,774,000.00

Total
(Report on Summary of Schedules)        26,004,000.00

B6G (Official Form 6G) (12/07)

In re    **Harrington West Financial Group, Inc.**               Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Harrington Wealth Management**<br>**10150 Lantern Road, Suite 150**<br>**Fishers, IN 46038** | **Tax Sharing Agreement** |
| **Los Padres Bank**<br>**610 Alamo Pintado Rd.**<br>**Solvang, CA 93463** | **Administrative Services Agreement** |
| **Los Padres Bank**<br>**610 Alamo Pintado Rd.**<br>**Solvang, CA 93463** | **Tax Sharing Agreement** |
| **The Solvang Bakery, Inc.**<br>**460 Alisal Road**<br>**Solvang, CA 93463** | **Six month office and storage lease** |
| **Valley Oaks Financial Corporation**<br>**610 Alamo Pintado Road**<br>**Solvang, CA 93463** | **Tax Sharing Agreement** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Harrington West Financial Group, Inc.** Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Central District of California

In re   Harrington West Financial Group, Inc.

Debtor(s)

Case No. _____

Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___14___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   September 10, 2010

Signature   _____

William W. Phillips, Jr.
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.