| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | TALI L. ALBAN (State Bar No. 233964) |
|   | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
|   | Email:  tlalban@kilpatricktownsend.com |
| 5 | |
| 6 | TODD C. MEYERS (*pro hac vice* to be filed) |
|   | SHANE G. RAMSEY (*pro hac vice* to be filed) |
| 7 | 1100 Peachtree Street, Suite 2800 |
|   | Atlanta, Georgia  30309-4530 |
| 8 | Telephone: (404) 815-6500 |
|   | Facsimile: (404) 815-6555 |
| 9 | E-mail:tmeyers@kilpatricktownsend.com |
|   |         sramsey@kilpatricktownsend.com |
| 10 | |
| 11 | Attorneys for Trustee, |
|    | WILMINGTON TRUST COMPANY |

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HARRINGTON WEST FINANCIAL GROUP, INC.,<br><br>        Debtor. | Bk. No.  9:10-bk-14677-RR<br><br>Chapter 11<br><br>**RESERVATION OF RIGHTS WITH RESPECT TO THE OBJECTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION TO DEBTOR AND DEBTOR IN POSSESSION HARRINGTON WEST FINANCIAL GROUP, INC.'S FIRST AMENDED PLAN OF LIQUIDATION AND PLAN SUPPLEMENT FILED IN SUPPORT OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION**<br><br>**[ECF. No. 82]**<br><br>**Confirmation Hearing:**<br>Date:  September 14, 2011<br>Time:  11:00 a.m.<br>Place:  Courtroom 201<br>           1415 State Street<br>           Santa Barbara, CA 93101-2511 |



RESERVATION OF RIGHTS WITH RESPECT TO OBJECTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION TO
DEBTOR AND DEBTOR IN POSSESSION HARRINGTON WEST FINANCIAL GROUP, INC.'S FIRST AMENDED PLAN OF
LIQUIDATION AND PLAN SUPPLEMENT FILED IN SUPPORT OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION
CASE NO. 9:10-bk-14677-RR

US2008 2859372.3

- 1 -

Wilmington Trust Company ("Wilmington"), as indenture trustee under the Indenture dated as of September 25, 2003 for the Floating Rate Junior Subordinated Debt Securities Due 2033 (the "Indenture"), hereby files this Reservation of Rights with Respect to the Federal Deposit Insurance Corporation's Objection to Debtor Harrington West Financial Group Inc.'s First Amended Plan of Liquidation and Plan Supplement Filed in Support of Debtor's First Amended Plan of Liquidation (the "Reservation"), and in support thereof states the following:

## BACKGROUND

1. On September 10, 2010, Harrington West Financial Group, Inc. (the "Debtor") filed with the United States Bankruptcy Court for the Central District of California a voluntary petition for relief under chapter 11 of Title 11, United States Code.

2. On June 23, 2011, the Debtor filed its First Amended Plan of Liquidation [ECF No. 65] (the "Plan"). On August 10, 2011, the Debtor filed its Plan Supplement Filed in Support of Debtor's First Amended Plan of Liquidation; and Declaration of Kerry Steele filed in Support Thereof [ECF No. 75].

3. On August 24, 2011, the Federal Deposit Insurance Corporation, as receiver for Los Padres Bank (the "FDIC-R") filed its Objection to Debtor Harrington West Financial Group Inc.'s First Amended Plan of Liquidation and Plan Supplement Filed in Support of Debtor's First Amended Plan of Liquidation [ECF No. 82] (the "Objection").

## RESERVATION OF RIGHTS

4. Counsel for Wilmington has conferred with counsel for the Debtor and has been informed that the Plan cannot be confirmed at the confirmation hearing scheduled for September 14, 2011 inasmuch as both classes 3 and 4 have voted to reject the Plan.

5. As an initial matter, Wilmington expressly disagrees with the FDIC-R's assertions in the Objection that: (1) the Indenture Trustee Fees[1] cannot be paid as administrative claims under the Plan and (2) the FDIC-R's class 3 claim is senior to the Indenture Trustee Claims in class 4. Indeed, these arguments are both contrary to law and the plain meaning of the Indenture.

6. Nevertheless, given the current status of this case, the Objection is not ripe for

---

[1] All capitalized undefined terms used herein shall have the meanings ascribed to them in the Plan.

RESERVATION OF RIGHTS WITH RESPECT TO OBJECTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION TO DEBTOR AND DEBTOR IN POSSESSION HARRINGTON WEST FINANCIAL GROUP, INC.'S FIRST AMENDED PLAN OF LIQUIDATION AND PLAN SUPPLEMENT FILED IN SUPPORT OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION
CASE NO. 9:10-bk-14677-RR
US2008 2859372.3

- 2 -

consideration at the hearing on September 14, 2011.

7. In an abundance of caution and to avoid any argument from the FDIC-R that Wilmington has waived its rights with respect to the Objection, Wilmington expressly reserves all rights with respect to the Objection and expressly reserves its rights to file a response to the Objection should it later become ripe for consideration.

WHEREFORE, Wilmington files this Reservation to preserve its rights with respect to the Objection.

DATED: September 7, 2011        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Tali L. Alban*
    TALI L. ALBAN

Attorneys for Trustee,
WILMINGTON TRUST COMPANY


RESERVATION OF RIGHTS WITH RESPECT TO OBJECTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION TO DEBTOR AND DEBTOR IN POSSESSION HARRINGTON WEST FINANCIAL GROUP, INC.'S FIRST AMENDED PLAN OF LIQUIDATION AND PLAN SUPPLEMENT FILED IN SUPPORT OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION
CASE NO. 9:10-bk-14677-RR
US2008 2859372.3

- 3 -