| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SHARON M. KOPMAN (State Bar No. 164449)<br>LANDAU GOTTFRIED & BERGER LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, California 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br><br>*Attorney for* Debtor and Debtor In Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>HARRINGTON WEST FINANCIAL GROUP, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 9:10-bk-14677-RR<br><br>DATE: 09/14/11<br><br>TIME: 11:00 a.m.<br><br>COURTROOM: 201, 1415 State St., Santa Barbara |
|---|---|

## PLAN BALLOT SUMMARY
*(NOTE: The Plan Proponent must file a Plan Ballot Summary at least one (1) day*
*prior to the Confirmation Hearing.)*

1. Proponent of Plan *(Specify name):* Debtor Harrington West Financial Group, Inc.

2. Are any competing plans filed with the Court?  ☐ Yes  ☒ No

3. Is a cramdown requested?  ☐ Yes  ☐ No n/a

4. Unimpaired Classes *(Specify Class Numbers):* 1, 2, 5, and 6

5. Impaired Classes *(Specify Class Numbers):* 3 and 4

6. Has any impaired class approved the Plan?  ☐ Yes  ☒ No
   *(If YES, specify which class or classes):*

7. The following is the voting summary by creditor class:

|  | ACCEPTING * | | | | | REJECTING * | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Number | % | Amount | % | | Number | % | Amount | % |
| Class 1 | | | | | | | | | |
| Class 2 | | | | | | | | | |
| Class 3 | 1 | 50% | $263.00 | 99.62% | | 1 | 50% | $1.00 | 0.38% |
| Class 4 | | | | | | 1 | 100% | $15,000,000.00 | 100% |
| Class 5 | | | | | | | | | |
| Class 6 | | | | | | | | | |

Other Classes:                                               ☐   See attached Continuation Page
* Information in the above table is based solely on creditors that submitted a ballot.

Dated: 09/07/11                                     Firm Name: Landau Gottfried & Berger LLP

By: _____                    Name: Sharon M. Kopman
                                                    *Attorney for Plan Proponent*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                          **F 3018-2**

| In re:<br>Harrington West Financial Group, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:10-bk-14677 |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
A true and correct copy of the foregoing document described **PLAN BALLOT SUMMARY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>September 7, 2011,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Jeff D Kahane    jkahane@duanemorris.com
Sameer K Kapoor    skapoor@kilpatrickstockton.com
John W Kim    jkim@nossaman.com
Todd C Meyers    tmeyers@kilpatrickstockton.com
Shane G Ramsey    sramsey@kilpatrickstockton.com
Christopher O Rivas    crivas@reedsmith.com
Valerie Strumwasser    vstrumwasser@nossaman.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___September 7, 2011,___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| BY U.S. MAIL<br>Honorable Robin Riblet<br>United States Bankruptcy Court<br>1415 State Street , Courtroom 201<br>Santa Barbara, California 93101-2511 | Debtor<br>Harrington West Financial Group, Inc.<br>c/o Kerry Steele<br>PO Box 442<br>Solvang, CA 93464 | U.S. Trustee<br>Office of the United States Trustee<br>Attn: Brian Fittipaldi<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 |
| --- | --- | --- |

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2011 | Patricia Swierszcz | |
| --- | --- | --- |
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                               **F 9013-3.1**