JEFF D. KAHANE (State Bar No. 223329)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
jkahane@duanemorris.com

Counsel for Holdco Advisors L.P. as Manager for
Tricadia CDO Management, LLC, Financials Restructuring
Partners, Ltd., Financials Restructuring Partners II, Ltd., and
Tricadia Financials Restructuring Partners, Ltd.

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re

HARRINGTON WEST FINANCIAL GROUP, INC.,

    Debtor.

Bk. No. 9:10-bk-14677-RR

Chapter 11

HOLDCO ADVISORS L.P.'S RESPONSE TO DEBTOR'S STATUS REPORT REGARDING SOLICITATION AND CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION AND RESPONSE TO THE FEDERAL DEPOSIT INSURANCE CORPORATION'S OBJECTION

Confirmation Hearing:

Date: September 14, 2011
Time: 11:00 a.m.
Place: Courtroom 201
1415 State Street
Santa Barbara, CA 93101-2511

TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE

AND ALL INTERESTED PARTIES:

    Holdco Advisors L.P., as manager for Tricadia CDO Management, LLC, Financials Restructuring Partners, Ltd., Financials Restructuring Partners II, Ltd., and Tricadia Financials

HOLDCO ADVISORS L.P.'S RESPONSE TO DEBTOR'S STATUS REPORT REGARDING SOLICITATION AND
CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION AND RESPONSE TO THE FEDERAL
DEPOSIT INSURANCE CORPORATION'S OBJECTION

1

1  Restructuring Partners, Ltd. ("Holdco") submits this pleading (the "Response") in response to the
2  *Status Report Regarding Solicitation and Confirmation of Debtor's First Amended Plan of*
3  *Liquidation and Response to the Federal Deposit Insurance Corporation's Objection* (the "Status
4  Report") filed by debtor Harrington West Financial Group, Inc. (the "Debtor").

        Holdco serves as manager of the trust originated preferred securities ("TRUPs") held, as of the record date, by Tricadia CDO Management. ("Tricadia"). In its Status Report, the Debtor advises that Holdco was the sole Class 4 creditor to vote with respect to the Debtor's First Amended Plan of Reorganization ("Plan"), and that Holdco voted to reject the Plan. As manager, Holdco can confirm that Tricadia voted to reject the Debtor's Plan. As further noted by the Debtor in its Status Report, Holdco can confirm that it has been communicating with Debtor's counsel over the past few months regarding alternative options to the Debtor's existing Plan.

        As set forth in the Debtor's Status Report, the Debtor's Plan is not confirmable, based on the current lack of an impaired consenting class, and the Debtor anticipates, based on the prior representations of the Federal Deposit Insurance Corporation ("FDIC"), that the FDIC will likely seek conversion of the Debtor's Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code"). *See* Status Report, p. 3, l. 28 – p. 4, l. 1. In the event a resolution cannot be reached between the Debtor, the FDIC and Holdco, Holdco does not oppose or otherwise object to the conversion of the Debtor's bankruptcy case to a case under Chapter 7.

        In connection with the Status Report, the Debtor submitted the Declaration of Kerry Steele, the Debtor's Chief Financial Officer (the "Steele Decl."). In the Steele Decl., the Debtor advances a request that, in the event of a conversion of the Debtor's case, the Court allow interim fee applications to be filed so that existing professional fees can be paid on a pro rata basis prior to the case's conversion. To that end, Mr. Steele states as follows:

> If conversion is the only viable option, the Debtor requests that the Court allow interim fee applications to be filed to pay the Chapter 11 administrative expenses *pro rata* such that $100,000 remains in the Estate for the Chapter 7 trustee to use to administer the case. So as not to incur the expense associated with fee applications, the Debtor's Professionals have waited to be paid for several months while the case moved towards what the Debtor believed would be a successful

HOLDCO ADVISORS L.P.'S RESPONSE TO DEBTOR'S STATUS REPORT REGARDING SOLICITATION AND
CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION AND RESPONSE TO THE FEDERAL
DEPOSIT INSURANCE CORPORATION'S OBJECTION

2

confirmation hearing in September. The Debtor believes a fair balance can be struck such that sufficient funds of $100,000 remains in the Estate while some, if not all, Chapter 11 expenses are paid.

*See* Steele Decl., ¶ 10.

With respect to the Debtor's request, in the event the Debtor's case is converted to a case under Chapter 7, Holdco objects to the consideration of *any* fee applications of *any* Chapter 11 professionals until such time as the appointed Chapter 7 Trustee has had an opportunity to review such fee applications and be heard with respect to same.

## CONCLUSION

In the event a consensual resolution cannot be reached between the Debtor, the FDIC and Holdco with respect to the Debtor's existing Plan, Holdco respectfully requests that the Court enter an order:

(a) converting the Debtor's case to a case under Chapter 7 of the Bankruptcy Code; (b) providing that the hearing(s) regarding any and all interim and/or final fee applications for Chapter 11 professionals filed prior to the conversion of the Debtor's case be adjourned to such time as to permit the appointed Chapter 7 Trustee to review and be heard with respect to such fee applications; and (c) granting such other and further relief as is just and proper under the circumstances.

Dated: September 14, 2011                                DUANE MORRIS LLP

By:       /s/ Jeff D. Kahane
JEFF D. KAHANE
Counsel to Holdco Advisors, L.P.,
as Manager for Tricadia CDO
Management LLC, Financials
Restructuring Partners, Ltd.,
Financials Restructuring Partners II,
Ltd., and Tricadia Financials
Restructuring Partners, Ltd.

| In re:<br>HARRINGTON WEST FINANCIAL GROUP, INC..<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 9:10-bk-14677-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 865 S. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. 90071-2065.

A true and correct copy of the foregoing document described HOLDCO ADVISORS L.P.'S RESPONSE TO DEBTOR'S STATUS REPORT REGARDING SOLICITATION AND CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF LIQUIDATION AND RESPONSE TO THE FEDERAL DEPOSIT INSURANCE CORPORATION'S OBJECTION. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 14, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Tali L Alban    tlalban@kilpatricktownsend.com, ecasillas@kilpatricktownsend.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Jeff D Kahane    jkahane@duanemorris.com
- Sameer K Kapoor    skapoor@kilpatrickstockton.com
- John W Kim    jkim@nossaman.com
- Sharon M Kopman    skopman@lgbfirm.com, skopman@lgbfirm.com;pswierszcz@lgbfirm.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Todd C Meyers    tmeyers@kilpatrickstockton.com
- Shane G Ramsey    sramsey@kilpatrickstockton.com
- Christopher O Rivas    crivas@reedsmith.com
- Valerie Strumwasser    vstrumwasser@nossaman.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re:<br>HARRINGTON WEST FINANCIAL GROUP, INC.. <br><br>Debtor(s). | CHAPTER  11 <br><br>CASE NUMBER  9:10-bk-14677-RR |
|---|---|

facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2011 | Greta Clark | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1