JERRY NAMBA, TRUSTEE SBN 120117
504 E. CHAPEL STREET
SANTA MARIA, CA 93454
(805) 922-2575 FAX: (805) 347-9858
EMAIL: jnambaepiq@earthlink.net

# UNITED STATES BANKRUPTCY COURT
## CENTRAL **DISTRICT OF** CALIFORNIA
## NORTHERN DIVISION **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARRINGTON WEST FINANCIAL | § | Case No. 9:10-14677 PC |
| GROUP, IN | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JERRY NAMBA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 39,307.28 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 168,698.86 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 698,523.03 | |

3) Total gross receipts of $ 867,221.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 867,221.89 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 490,190.32 | 490,248.74 | 490,248.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 384,902.92 | 382,402.92 | 208,274.29 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,004,000.00 | 26,948,407.06 | 26,948,407.06 | 168,698.86 |
| **TOTAL DISBURSEMENTS** | $ 26,004,000.00 | $ 27,823,500.30 | $ 27,821,058.72 | $ 867,221.89 |

4)  This case was originally filed under chapter 11 on  09/10/2010 , and it was converted to chapter 7 on  04/17/2012 .  The case was pending for 60 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/03/2017                          By:/s/JERRY NAMBA, TRUSTEE
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ANTICIPATED FEDERAL TAX REFUND 2009 | 1124-000 | 535,607.41 |
| CH. 11 DIP ACCOUNT | 1129-000 | 495.20 |
| CH. 11 DIP ACCOUNT | 1129-000 | 327,029.34 |
| 2009 TAX REFUND | 1224-000 | 3,200.00 |
| EDD TAX REFUND | 1224-000 | 30.20 |
| TAX REFUND | 1224-000 | 859.74 |
| **TOTAL GROSS RECEIPTS** | | **$ 867,221.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JERRY NAMBA, TRUSTEE | 2100-000 | NA | 46,611.09 | 46,611.09 | 46,611.09 |
| JERRY NAMBA, TRUSTEE | 2200-000 | NA | 1,871.83 | 1,871.83 | 1,871.83 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 824.60 | 824.60 | 824.60 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 1,174.08 | 1,174.08 | 1,174.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 789.54 | 789.54 | 789.54 |
| ASSOCIATED BANK | 2600-000 | NA | 38,910.76 | 38,910.76 | 38,910.76 |
| Bank of America | 2600-000 | NA | 1,553.93 | 1,553.93 | 1,553.93 |
| DELAWARE DIVISION OF CORPORATIONS | 2820-000 | NA | 11,600.00 | 11,600.00 | 11,600.00 |
| DELAWARE SECRETARY OF STATE | 2820-000 | NA | 910.66 | 910.66 | 910.66 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 5,256.57 | 5,314.99 | 5,314.99 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DELAWARE DIVISION OF CORPORATIONS | 2990-000 | NA | 269.00 | 269.00 | 269.00 |
| DELAWARE SECRETARY OF STATE | 2990-000 | NA | 322.00 | 322.00 | 322.00 |
| ENTERPRISES, AC | 2990-000 | NA | 300.00 | 300.00 | 300.00 |
| YOO, TIMOTHY | 3210-000 | NA | 81,942.00 | 81,942.00 | 81,942.00 |
| BROWN, DANIEL | 3210-600 | NA | 182,052.44 | 182,052.44 | 182,052.44 |
| YOO, TIMOTHY | 3220-000 | NA | 1,588.22 | 1,588.22 | 1,588.22 |
| BROWN, DANIEL | 3220-610 | NA | 743.84 | 743.84 | 743.84 |
| TOMLINSON, SUE | 3410-000 | NA | 113,356.50 | 113,356.50 | 113,356.50 |
| TOMLINSON, SUE | 3420-000 | NA | 113.26 | 113.26 | 113.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 490,190.32 | $ 490,248.74 | $ 490,248.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LANDAU GOTTFRIED & BERGER, LLP | 6210-160 | NA | 281,304.00 | 278,804.00 | 156,574.00 |
| LANDAU GOTTFRIED & BERGER, LLP | 6220-170 | NA | 1,384.61 | 1,384.61 | 100.76 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOMLINSON, SUE | 6410-000 | NA | 95,423.50 | 95,423.50 | 51,517.50 |
| TOMLINSON, SUE | 6420-000 | NA | 1,348.95 | 1,348.95 | 82.03 |
| BMC GROUP, INC | 6700-000 | NA | 5,423.86 | 5,423.86 | 0.00 |
| BMG GROUP INC | 6710-000 | NA | 18.00 | 18.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 384,902.92 | $ 382,402.92 | $ 208,274.29 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | FRANCHISE TAX BOARD | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 000004 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 0001 Los Angeles, CA 90096 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Stock Transfer 59 maiden Lane New York, NY 10038 | | 0.00 | NA | NA | 0.00 |
| | Broadridge Investor Communication PO Box 23487 Newark, NJ 07189 | | 0.00 | NA | NA | 0.00 |
| | Business Wire Department 34182 PO Box 39000 San Francisco, CA 94139 | | 0.00 | NA | NA | 0.00 |
| | CDW PO Box 75723 Chicago, IL 60675 | | 0.00 | NA | NA | 0.00 |
| | Central Coast Image PO Box 139 2030 Viborg, No. 10 Solvang, CA 93464 | | 0.00 | NA | NA | 0.00 |
| | Delaware Franchise Tax Board Divisions of Corporations PO Box 898 Dover, DE 19903 | | 230,000.00 | NA | NA | 0.00 |
| | Los Padres Bank 610 Alamo Pintado Rd Solvang, CA 93463 | | 0.00 | NA | NA | 0.00 |
| | Mediant Communications LLC PO Box 542 Saddle Brook, NJ 07663 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reitner, Stuart, Moore 1319 Marsh Street San Luis Obispo, CA 93401 | | 0.00 | NA | NA | 0.00 |
| | Sprint PO Box 219100 Kansas City, MO 64121 | | 0.00 | NA | NA | 0.00 |
| 000015 | WELLS FARGO BANK, NATIONAL ASSOC | 7100-000 | 10,310,000.00 | 10,310,000.00 | 10,310,000.00 | 65,147.49 |
| 000018 | WILMINGTON TRUST COMPANY, AS TRUSTE | 7100-000 | 15,464,000.00 | 16,387,394.06 | 16,387,394.06 | 103,549.71 |
| 000005 | AMERICAN STOCK TRANSFER & TRUST LLC | 7100-001 | NA | 263.00 | 263.00 | 1.66 |
| 000003 | E HAN KIM | 7400-000 | NA | 150,000.00 | 150,000.00 | 0.00 |
| 000002 | GENE R SCHOCK AND PATRICIA A SCHOCK | 7400-000 | NA | 750.00 | 750.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 7400-000 | NA | 0.00 | 0.00 | 0.00 |
| 000001 | W FRANK SUTTON | 7400-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,004,000.00 | $ 26,948,407.06 | $ 26,948,407.06 | $ 168,698.86 |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 9:10-14677    PC    Judge: PETER H. CARROLL | Trustee Name: | JERRY NAMBA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | Date Filed (f) or Converted (c): | 04/17/12 (c) |
| | | 341(a) Meeting Date: | 05/29/12 |
| For Period Ending: | 04/03/17 | Claims Bar Date: | 08/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CH. 11 DIP ACCOUNT | 0.00 | 495.20 | | 495.20 | FA |
| TOTAL PETITION VALUE LISTED ON ASSET # 2. | | | | | |
| 2. CH. 11 DIP ACCOUNT | 539,974.34 | 327,029.34 | | 327,029.34 | FA |
| PETITION VALUE AS OF 9/9/10 CH. 11.  MONEY USED DURING CH. 11. | | | | | |
| 3. EXECUTIVE RISK POLICY | Unknown | 0.00 | | 0.00 | FA |
| EC08500090  ST. PAUL MERCURY INSURANCE. | | | | | |
| 4. EXCESS LIABILITY FOR EXEC RISK POLICY | Unknown | 0.00 | | 0.00 | FA |
| ELU118152-10   XL INSURANCE | | | | | |
| 5. BOND | Unknown | 0.00 | | 0.00 | FA |
| 485PB0626 BOND  ST. PAUL MERCURY INSURANCE | | | | | |
| 6. EXCESS LIABILITY FOR BOND | Unknown | 0.00 | | 0.00 | FA |
| ELU118149-10  XL INSURANCE | | | | | |
| 7. PROPERTY & CASUALTY | Unknown | 0.00 | | 0.00 | FA |
| FS06805763  ST. PAUL MERCURY INSURANCE | | | | | |
| 8. MORTGAGE PROTECTION E&O | Unknown | 0.00 | | 0.00 | FA |
| MPP100000501   STARNET INSURANCE | | | | | |
| 9. 100% OF LOS PADRES BANK STOCK | Unknown | 0.00 | | 0.00 | FA |
| 8/20/10 SEIZED BY THE FDIC | | | | | |
| 10. ANTICIPATED FEDERAL TAX REFUND 2009 | Unknown | 9,000,000.00 | | 535,607.41 | FA |
| FDIC CLAIMS INTEREST IN TAX REFUND | | | | | |
| 11. PRPAID OFFICE OF THRIFT SUPERVISION ASSESSMENT | 37,492.00 | 0.00 | | 0.00 | FA |
| STILL BEING INVESTIGATED | | | | | |
| 12. OFFICE EQUIP., FURN., AND SUPPLIES | 1,815.28 | 0.00 | | 0.00 | FA |
| 13. SILVER LEAF COUNTRY CLUM MEMBERSHIP | Unknown | 0.00 | | 0.00 | FA |
| SCOTTSDALE, AZ.  LIQUIDATED IN CH. 11 3/12 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Case No:        9:10-14677    PC    Judge: PETER H. CARROLL
Case Name:     HARRINGTON WEST FINANCIAL GROUP, IN

Trustee Name:               JERRY NAMBA, TRUSTEE
Date Filed (f) or Converted (c):   04/17/12 (c)
341(a) Meeting Date:        05/29/12
Claims Bar Date:            08/27/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. HWFG STATUTORY TRUST I WILMINGTON TRUST CO.. BEING INVESTIGATED | Unknown | 0.00 | | 0.00 | FA |
| 15. HWFG STATUTORY TRUST II WELLS FARGO DELAWARE TRUST CO. BEING INVESTIGATED | Unknown | 0.00 | | 0.00 | FA |
| 16. 2009 TAX REFUND (u) | Unknown | 3,200.00 | | 3,200.00 | FA |
| 17. EDD TAX REFUND PERIOD 9/30/10 | 0.00 | 30.20 | | 30.20 | FA |
| 18. TAX REFUND (u) 2013 | Unknown | 859.74 | | 859.74 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $579,281.62        $9,331,614.48        $867,221.89        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/18/16 APPLICATION FOR FINAL FEES, LANDAU GOTTFRIED & BERGER
10/18/16 APPLICATION FOR FINAL FEES TRUSTEE'S COUNSEL
10/13/16 FTB HAS ACCEPTED TAX RETURNS.  NO AUDIT NECESSARY.
10/11/16 RECEIVED IRS PROMPT DETERMINATION
10/11/16 RECEIVED NOTICE FROM FTB TO AUDIT RETURNS FOR 2015 AND 2016.
9/28/16 NOTICE TO PAY COURT COSTS $0
9/26/16 NOTICE TO PROFESSIONALS AND REQUEST COURT COSTS
8/18/16  2015 AND 2016 TAX RETURNS FILED AND PROMPT DETERMINATON REQUESTED

Ver: 19.07a

FORM 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 9:10-14677    PC    Judge: PETER H. CARROLL | Trustee Name: | JERRY NAMBA, TRUSTEE |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | Date Filed (f) or Converted (c): | 04/17/12 (c) |
| | | 341(a) Meeting Date: | 05/29/12 |
| | | Claims Bar Date: | 08/27/12 |

PERIOD ENDING 6/30/16:  THE LIQUIDATION OF THE DEBTOR WAS APPROVED BY DELAWARE.  ACCOUNTANT IS PREPARING 2016 TAX RETURN
AND WILL FILE AND REQUEST PROMPT DETERMINATION ON 8/15/16 .  TRUSTEE WILL BE FILING TFR AFTER PROMPT DETERMINATION
PERIOD PASSES.  THE TRUSTEE HAS BEEN DEPENDENT ON THE FDIC TO COMPLETE THE TAX RETURNS FOR THE  SUBSIDIARY BANK BEFORE
THE DEBTOR COULD FILE ITS RETURNS.  EST TFR DATE REMAINS AT 11/30/16.

4/29/16 FDIC TAX ACCOUNTANT CONFIRMS FINAL 2016 TAX RETURN BY FDIC TO BE COMPLETED BY END OF MAY.  AFTER RECEIVING
TRUSTEE WILL BE ABLE TO FILE FINAL TAX RETURNS FOR THE BANKRUPTCY ESTATE.

3/15/16 COPR DISSOLVED BY DELAWARE

2/9/16 DELAWARE RECEIVED 2011 STATE TAX RETURN

1/6/16 ORDER APPROVING CASH DISBURSEMENT TO PAY TAXES

12/9/15 MOTION TO APPROVE CASH DISBURSEMENT FOR TAXES

11/18/15 STATEMENT N SUPPORT OF CH 7 TRUSTEE FILED BY HOLDCO PARTNERS

10/9/15 RECEIVED PROMPT DETERMINATION FROM IRS FOR 2014 RETURN.

6/8/15 2014 TAX RETURNS FILED AND PROMPT DETERMINATION REQUESTED

TASKS TO CLOSE:  GET LIQUIDATION APPROVED BY DE FOR FINAL YEAR END DATE , FDIC 6 WEEKS TO GET THEIR PERFOMA

PERIOD ENDING 6/30/15:  ALL ASSETS HAVE BEEN ADMINISTERED. BECAUSE THE DEBTOR IS THE HOLDING CO. FOR A BANK TAKEN OVER
BY THE FDIC, WE ARE DEPENDANT ON THE FDIC SUPPLYING INFORMATION TIMELYT TO FILE THE ESTATE'S FINAL TAX RETURN.  THE
TRUSTEE IS FINALIZING THE DELAWARE "DE" STATE TAX RETURNS.  ONCE THE DE RETURNS ARE ACCEPTED AND THE TRUSTEE RECEIVES A
LIQUIDATION DATE, THE TRUSTEE WILL FILE A SHORT YEAR 2015 RETURN.  ONCE THE 2015 TAX RETURNS ARE ACCEPTED, THE TRUSTEE
WILL BEGIN THE CLOSING PROCESS.  THE IESTIMATED TFR DATE IS 12/31/15.

ACCOUNTANT HAD TO OBTAIN THE NUMBER OF AUTHORIZED SHARES BECAUSE WHAT DELAWARE HAD IS DIFFERENT THAN WHAT THE CORP
RECORDS SHOW.  WITH THE ADDITIONAL SHARES THE METHOD USED FOR ACCOUNTING WILL GREATLY REDUCE THE TAX OWED.

3/15/15  TO DISSOLVE THE CORP. ( HOLDING CO.) THE TRUSTEE DISCOVERED HE NEEDS TO COMPLETE THE DELAWARE STATE TAX
RETURNS.   THIS HAS TAKEN LONGER THAN ORIGINALLY ESTIMATED.  THE  TRUSTEE'S ACCOUNTANT WAS NOT ABLE TO GET THE DELAWARE
TAX FORMS SHE HAD TO SUBMIT A REQUEST.  THE PREPRINTED FORMS THE STATE SENT SHOWS 5 MILLION SHARES MORE THAN WANT THE
LAST FINANCIAL STATEMENT SHOWS.  ACCOUNTANT IS TRING TO RESOLVE THE DIFFERENCE.

11/5/14 TRUSTEE TO DISSOLVE CORP.  AFTER COMPLETED WILL BE ABLE TO CLOSE CASE

10/6/14 PROMPT DETERMINATION RECEIVED FOR 2013/12

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 9:10-14677    PC    Judge: PETER H. CARROLL | Trustee Name:    JERRY NAMBA, TRUSTEE |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | Date Filed (f) or Converted (c):    04/17/12 (c) |
| | | 341(a) Meeting Date:    05/29/12 |
| | | Claims Bar Date:    08/27/12 |

PERIOD ENDING 6/30/14:  THE ESTATE'S ACCOUNTANT HAS RECENTLY RECEIVED THE BANK'S TAX RETURNS FROM THE FDIC.  THE
ACCOUNTANT IS PREPARING THE 2014 TAX RETURN FOR THE ESTATE TO BE FILED BY AUGUST. ONCE TAX CLEARANCE IS RECEIVED OR THE
60 DAY PERIOD ELAPSES, THE TRUSTEE WILL BEGIN THE CLOSING PROCESS AND SUBMIT BY END OF THIS YEAR AS PROJECTED.


PERIOD ENDING 6/30/13:  ALL ASSETS HAVE BEEN ADMINISTERED.  TAX REFUNDS HAVE BEEN PAID INTO ESCROW AND DISTRIBUTION PER
THE SETTLEMENT AGREEMENT WITH THE FDIC ARE EXPECTED SOON.  THE REMAINING TASK IS TO COMPLETE THE 2012 TAX RETURN.  THE
ACCOUNTANT IS WAITING ON INFORMATION FROM THE FDIC TO COMPLETE THE TAX RETURN.  THE FINAL REPORT WILL BE PREPARED AFTER
MONEY IS RECEIVED FROM ESCROW AND TAX CLEARAINCE IS RECEIVED.   THE TFR SHOULD BE COMPLETED PRIOR TO THE INITIAL
ESTIMATED DATE OF 12/31/14.


PERIOD ENDIING 6/30/12:  THE TRUSTEE WAS ASSIGNED TO THIS CASE ON 4/17/12 AS A CHAPTER 11 CONVERSION.  THE TRUSTEE
IMMEDIATELY CLOSED THE DIP ACCOUNTS AND COLLECTED THE MONEY.  THE MOST SIGNIFICANT ASSET IS THE TAX REFUNDS.  THE TAX
REFUNDS OWNERSHIP IS IN DISPUTE BY THE FDIC.  NEGOTIATIONS HAVE BEEN ON GOING AND HOPE TO REACH A SETTLEMENT RATHER THAN
GOING TO TRIAL.  THE IRS IS ALSO AUDITING THE PAST TAX RETURNS THAT CLAIM A REFUND.  IT IS ANTICIPATED THAT THE REFUND
TO BE BETWEEN $6,000,000 TO $9,000,000.  THE INITIAL ESTIMATED FINAL REPORT DATE IS 12/31/14 IN ANTICIPATION OF A TRIAL
TO RESOLVE THE TAX REFUND DISPUTE.

5/14/12 ORDER APPROVING STIPULATION TO CONTINUE MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY THE FDIC

5/15/12 APPLICATION TO EMPLOY GENERAL COUNSEL

6/18/12 ELECTION OF NEW TRUSTEE WITHDRAWN BY HOLDCO.  JERRY NAMBA APPROVED AS CH. 7 TRUSTEE.

6/21/12 ORDER APPROVING EMPLOYMENT OF GENERAL COUNSEL

6/26/12 ORDER APPROVING FDIC MOTION FOR  RELIEF OF STAY TO FILE A DECLARATORY RELIEF ACTION IN THE DISTRICT COURT


PERIOD ENDING 6/30/13


7/9/12 MOTION TO EMPLOY SPECIAL COUNSEL

7/26/12 IRS PROPOSED ADJUSTMENTS TO NOL CARRYBACK.  WITHOUT THE INTEREST THE PROJECTED TAX REFUND IS TO BE $6.446M.

8/22/12 APPLICATION TO EMPLOY ACCOUNTANT

8/23/12 ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

10/15/12 2010 & 2011 TAX RETURN FILED AND PROMPT DETERMINATION REQUESTED

10/31/12 ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

12/3/12 PROMPT DETERMINATION RECEIVED 2010 & 2011

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    5

Exhibit 8

| | |
|---|---|
| Case No: | 9:10-14677    PC    Judge: PETER H. CARROLL |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN |

| | |
|---|---|
| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/17/12 (c) |
| 341(a) Meeting Date: | 05/29/12 |
| Claims Bar Date: | 08/27/12 |

12/18/12 IRS REVIEW CASE AND WILL FILE REPORT TO THE COMMITTEE.

12/19/12 MOTION TO APPROVE COMPROMISE W/ FDIC.

1/8/13 ORDER APPROVING COMPROMISE W/FDIC

5/13/13 JOINT COMMITTEE ON TAXATION APPROVES THE AMENDED TAX RETURNS AND APPROVES THE TAX REFUND.

5/24/13 APPLICATION FOR FEES FILED BY SPECIAL COUNSEL AND REQUEST COURT DATE

6/13/13 ORDER SETTING HEARING FOR INTERIM FEE APPLICATIONS FOR 9/11/13 2:00

9/10/13 ORDER APPROVING FEE APP FOR SPECIAL COUNSEL

9/11/13 2012 TAX RETURNS FILED AND PROMPT DETERMINATION REQUESTED.

11/13/13 PROMPT DETERMINATION RECEIVED FROM THE IRS

2/5/14 NOTICE OF OBJECTIONS TO CERTAIN CLAIMS.  HEARING 3/18/14

3/26/14 REQUEST TO WELLS FARGO TO WITHDRAWAL DUPLICATE CLAIMS


Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 11/30/16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 9:10-14677 -PC | | Trustee Name: | JERRY NAMBA, TRUSTEE |
|---|---|---|---|---|

Case Name:  HARRINGTON WEST FINANCIAL GROUP, IN
Bank Name:  ASSOCIATED BANK
Account Number / CD #:  *******1116  Checking Account

Taxpayer ID No:  *******5170
For Period Ending:  04/03/17

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/16 | | Transfer from Acct #*******6453 | Bank Funds Transfer TO PAY DELAWARE TAXES FOR 2009, 2010, 2015 PER CASH DISBURSEMENT ORDER 1/6/16 | 9999-000 | 43,000.00 | | 43,000.00 |
| 04/06/16 | | Transfer to Acct #*******6453 | Bank Funds Transfer DID NOT HAVE TO WIRE TO DELAWARE TAX BOARD | 9999-000 | | 43,000.00 | 0.00 |

COLUMN TOTALS  43,000.00  43,000.00  0.00
Less:  Bank Transfers/CD's  43,000.00  43,000.00
Subtotal  0.00  0.00
Less:  Payments to Debtors  0.00
Net  0.00  0.00

Page Subtotals  43,000.00  43,000.00

Ver: 19.07a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 9:10-14677 -PC |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN |
| Taxpayer ID No: | *******5170 |
| For Period Ending: | 04/03/17 |

| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6453  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 09/25/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 9.97 | | 9.97 |
| | 09/25/12 | | Trsf In From Bank of America | FINAL TRANSFER | 9999-000 | 325,660.64 | | 325,670.61 |
| * | 10/15/12 | 010001 | UNITED STATES TREASURY | 2009 PENALTY  TID # 48-1175170 2009 PENALTY | | | | 325,670.61 |
| * | 10/15/12 | 010001 | UNITED STATES TREASURY | 2009 PENALTY  TID # 48-1175170 SAVE IN ERROR NO AMOUNT | | | | 325,670.61 |
| | 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.15 | 325,630.46 |
| | 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.43 | 325,423.03 |
| | 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.62 | 325,222.41 |
| | 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.19 | 325,015.22 |
| | 01/22/13 | 010002 | INTERNATIONAL SURETIES, LTD SUITE 420 702 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND # 016030867  PREMIUM 1/4/13 - 1/4/14 | 2300-000 | | 759.98 | 324,255.24 |
| | 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 482.99 | 323,772.25 |
| | 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 434.79 | 323,337.46 |
| | 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 480.70 | 322,856.76 |
| | 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 464.48 | 322,392.28 |
| | 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 479.31 | 321,912.97 |
| | 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 463.16 | 321,449.81 |
| | 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 477.93 | 320,971.88 |
| | 09/04/13 | 10 | CITIBANK-PRIVATE BANKING | TAX REFUND-WIRE TRANSFER WIRE TRANSFER IN FROM ESCROW. | 1124-000 | 535,575.57 | | 856,547.45 |
| | 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 477.20 | 856,070.25 |
| | 09/11/13 | 010003 | DANIEL R. BROWN BROWN LEGAL ADVISORS, LLC 1253 W.FOSTER AVE, STE 3E CHICAGO, CA 60640 | ATTORNEY FEES | 3210-600 | | 182,052.44 | 674,017.81 |

Page Subtotals    861,246.18    187,228.37

Ver: 19.07a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  3

Exhibit 9

| | |
|---|---|
| Case No: | 9:10-14677 -PC |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN |
| Taxpayer ID No: | *******5170 |
| For Period Ending: | 04/03/17 |

| | |
|---|---|
| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6453  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/13 | 010004 | DANIEL R. BROWN<br>BROWN LEGAL ADVISORS, LLC<br>1253 W.FOSTER AVE, STE 3E<br>CHICAGO, CA 60640 | ATTORNEY EXPENSES | 3220-610 | | 743.84 | 673,273.97 |
| 09/11/13 | 010005 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FTB FORM 100 12/31/2012<br>CLAIM FILED ON 10/7/13.  PAID 9/11/13 | 2820-000 | | 882.00 | 672,391.97 |
| 09/26/13 | 10 | CITIBANK-PRIVATE | TAX REFUND-WIRE TRANSFER<br>WIRE TO BANK ON 9/24/13 | 1124-000 | 31.84 | | 672,423.81 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1,136.35 | 671,287.46 |
| 10/09/13 | 010006 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO, CA 95812-2952 | TAX YEAR 2013 FEIN 48-1175170<br>TAX FOR 2013 | 2820-000 | | 821.97 | 670,465.49 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 998.37 | 669,467.12 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 963.22 | 668,503.90 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 993.83 | 667,510.07 |
| 01/13/14 | 010007 | INTERNATIONAL SURETIES LTD<br>SUITE 420<br>701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | BOND #016030867  1/4/14 TO 1/4/15 | 2300-000 | | 824.60 | 666,685.47 |
| 02/07/14 | 16 | STATE OF CALIFORNIA | 2009 TAX REFUND | 1224-000 | 3,200.00 | | 669,885.47 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 991.82 | 668,893.65 |
| 02/12/14 | 17 | STATE OF CALIFORNIA | TAX REFUND-EDD | 1224-000 | 30.20 | | 668,923.85 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 897.36 | 668,026.49 |
| 03/13/14 | 010008 | FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0531 | CORP # 1959102 2013 FTB 3539<br>2013 TAX PAYMENT W/ PENALTY AND<br>INTEREST | 2820-000 | | 850.00 | 667,176.49 |

|  | Page Subtotals | 3,262.04 | 10,103.36 |
|---|---|---|---|

Ver: 19.07a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 9:10-14677 -PC | Trustee Name: | JERRY NAMBA, TRUSTEE |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6453  Checking Account |
| Taxpayer ID No: | *******5170 | | |
| For Period Ending: | 04/03/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/17/14 | 010009 | FRANCHISE TAX BOARD P.O. BOX 942857 SACRAMENTO, CA 94257-0531 | CORP #1959102 2014 100-ES | 2820-000 | | 800.00 | 666,376.49 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 992.15 | 665,384.34 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 957.35 | 664,426.99 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 987.81 | 663,439.18 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 954.50 | 662,484.68 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 984.97 | 661,499.71 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 983.47 | 660,516.24 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 950.39 | 659,565.85 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 980.59 | 658,585.26 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 947.56 | 657,637.70 |
| 12/08/14 | 18 | STATE OF CALIFORNIA | TAX REFUND | 1224-000 | 859.74 | | 658,497.44 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 978.62 | 657,518.82 |
| 01/15/15 | 010010 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 701139 | BOND # 016030867 I | 2300-000 | | 1,309.44 | 656,209.38 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 977.03 | 655,232.35 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 879.86 | 654,352.49 |
| 03/17/15 | | International Suretiess, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Refund | 2300-000 | | -519.90 | 654,872.39 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 973.12 | 653,899.27 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 940.82 | 652,958.45 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 970.76 | 651,987.69 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 937.98 | 651,049.71 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 967.93 | 650,081.78 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 966.50 | 649,115.28 |

| | | | Page Subtotals | | 859.74 | 18,920.95 | |

Ver: 19.07a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 9:10-14677 -PC | |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | |

| | |
|---|---|
| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6453  Checking Account |

Taxpayer ID No:  *******5170
For Period Ending:  04/03/17

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 933.98 | 648,181.30 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 963.66 | 647,217.64 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 931.16 | 646,286.48 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 960.84 | 645,325.64 |
| 01/13/16 | 010011 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND # 016030867 1/4/16 - 1/4/17 | 2300-000 | | 414.10 | 644,911.54 |
| 01/14/16 | | Transfer to Acct #*******1116 | Bank Funds Transfer TO PAY DELAWARE TAXES FOR 2009, 2010, 2015 PER CASH DISBURSEMENT ORDER 1/6/16 | 9999-000 | | 43,000.00 | 601,911.54 |
| 02/02/16 | 010012 | DELAWARE DIVISION OF CORPORATIONS 401 FEDERAL ST., STE. 4 DOVER, DE 19901 | RENEWAL AND EXPEDITE FEE 1/6/15 ORDER CASH DISBURSEMENT. CERTIFICATE OF RENEWAL AND REVIVAL OF CHAPTER TO DISSOLVE CORP. | 2990-000 | | 269.00 | 601,642.54 |
| 02/02/16 | 010013 | DELAWARE DIVISION OF CORPORATIONS 401 FEDERAL ST., STE. 4 DOVER, DE  19901 | 2011 DELAWARE FRANCHISE TAX REPORT 1/6/16 ORDER CASH DISBURSEMENT.  2011 DELAWARE TAX PAYMENT | 2820-000 | | 1,100.00 | 600,542.54 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 959.23 | 599,583.31 |
| 02/22/16 | 010014 | DELAWARE DIVISION OF CORPORATIONS 401 FEDERAL STREET, STE 4 DOVER, DE  19901 | 2011 TAX PAYMENT ENTITY # 2543807 2011 ADDITIONAL TAX  DUE.  ORIGINAL WAS INCORRECT | 2820-000 | | 10,500.00 | 589,083.31 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 894.12 | 588,189.19 |
| 03/09/16 | 010015 | DELAWARE SECRETARY OF STATE | 2016 FRANCHISE TAX AND FILING FEEF FEIN: 48-1175170 2016 STATE TAX AND FILIING FEE $50 | 2820-000 | | 910.66 | 587,278.53 |
| 03/09/16 | 010016 | DELAWARE SECRETARY OF STATE | CERTIFICATE OF DISSOLUTION FEE EXPEDITE SERVICE FEE $222 DISSOLUTION FEE, $100 EXPITE FEE | 2990-000 | | 322.00 | 586,956.53 |

Page Subtotals          0.00          62,158.75

Ver: 19.07a

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 9:10-14677  -PC | |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | |
| | | |
| Taxpayer ID No: | *******5170 | |
| For Period Ending: | 04/03/17 | |

| | |
|---|---|
| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6453  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/16 | | Transfer from Acct #*******1116 | Bank Funds Transfer<br>DID NOT HAVE TO WIRE TO DELAWARE TAX BOARD | 9999-000 | 43,000.00 | | 629,956.53 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 937.51 | 629,019.02 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 905.02 | 628,114.00 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 933.78 | 627,180.22 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 902.38 | 626,277.84 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 931.14 | 625,346.70 |
| 08/22/16 | 010017 | FRANCHISE TAX BOARD<br>BANKRUPTCY, BE MS A345<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | FTB FORM 100 FEIN # 48-1175170<br>PERIOD 12/31/16<br>ORDER 1/16/16 | 2820-000 | | 897.00 | 624,449.70 |
| 08/22/16 | 010018 | FRANCHISE TAX BOARD<br>BANKRUPTCY, BE MS A345<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | FTB FORM 100  FEIN # 48-1175170<br>PERIOD 3/31/16<br>LAST AND FINAL ORDER 1/16/16 | 2820-000 | | 861.00 | 623,588.70 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 929.63 | 622,659.07 |
| 09/27/16 | 010019 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0511 | PERIOD ENDING 3--31-16<br>NOTICE #5870262160914<br>GEN ORD:001, COURT ORDER  1/15/16 | 2820-000 | | 64.37 | 622,594.70 |
| 10/03/16 | 010020 | FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0511 | PERIOD ENDING 12/15<br>ENTITIY ID: CORP 1959102 | 2820-000 | | 138.65 | 622,456.05 |
| 02/07/17 | 010021 | JERRY NAMBA, TRUSTEE<br>504 E. CHAPEL ST.<br>SANTA MARIA, CA  93454 | Chapter 7 Compensation/Fees | 2100-000 | | 46,611.09 | 575,844.96 |
| 02/07/17 | 010022 | JERRY NAMBA, TRUSTEE<br>504 E. CHAPEL ST.<br>SANTA MARIA, CA  93454 | Chapter 7 Expenses | 2200-000 | | 1,871.83 | 573,973.13 |
| | | | Page Subtotals | | 43,000.00 | 55,983.40 | |

Ver: 19.07a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 9:10-14677 -PC | Trustee Name: | JERRY NAMBA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6453  Checking Account |
| Taxpayer ID No: | *******5170 | | |
| For Period Ending: | 04/03/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/17 | 010023 | LEVENE NEALE BENDER YOO & BRILL 10250 CONSTELLATION BLVD., STE. 1700 LOS ANGELES, CA 90067 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 81,942.00 | 492,031.13 |
| 02/07/17 | 010024 | LEVENE NEALE BENDER YOO & BRILL 10250 CONSTELLATION BLVD., STE. 1700 LOS ANGELES, CA 90067 | Attorney for Trustee Expenses (Othe | 3220-000 | | 1,588.22 | 490,442.91 |
| 02/07/17 | 010025 | CROWE HORWATH LLP 15233 VENTURA BLVD., 9TH FL. SHERMAN OAKS, CA  91403-2250 | Accountant for Trustee Fees (Other | 3410-000 | | 113,356.50 | 377,086.41 |
| 02/07/17 | 010026 | CROWE HORWATH LLP 15233 VENTURA BLVD., 9TH FL. SHERMAN OAKS, CA  91403-2250 | Accountant for Trustee Expenses (Ot | 3420-000 | | 113.26 | 376,973.15 |
| 02/07/17 | 010027 | CROWE HORWATH LLP 15233 VENTURA BLVD., 9TH FL. SHERMAN OAKS, CA  91403-2250 | Accountant for Trustee/D-I-P Fees ( | 6410-000 | | 51,517.50 | 325,455.65 |
| 02/07/17 | 010028 | CROWE HORWATH LLP 15233 VENTURA BLVD., 9TH FL. SHERMAN OAKS, CA  91403-2250 | Accountant for Trustee/D-I-P Expens | 6420-000 | | 82.03 | 325,373.62 |
| 02/07/17 | 010029 | LANDAU GOTTFRIED & BERGER, LLP 1801 CENTURY PARK EAST, STE 700 LOS ANGELES, CA 90067 | Attorney for D-I-P Fees (Chapter 11 | 6210-160 | | 156,574.00 | 168,799.62 |
| 02/07/17 | 010030 | LANDAU GOTTFRIED & BERGER, LLP 1801 CENTURY PARK EAST, STE 700 LOS ANGELES, CA 90067 | Attorney for D-I-P Expenses (Chapte | 6220-170 | | 100.76 | 168,698.86 |
| * 02/07/17 | 010031 | WELLS FARGO BANK, NATIONAL ASSOC ERIC A SCHAFFER ESQ REED SMITH LLP 225 FIFTH AVE SUITE 1200 PITTSBURGH PA 15222 | Claim 000015, Payment 0.63% | 7100-003 | | 65,147.49 | 103,551.37 |
| * 02/07/17 | 010032 | Wilmington Trust Company, as Trustee | Claim 000018, Payment 0.63% | 7100-003 | | 103,549.71 | 1.66 |

| | | Page Subtotals | 0.00 | 573,971.47 | |
|---|---|---|---|---|---|

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 9:10-14677 -PC | | Trustee Name: | JERRY NAMBA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6453 Checking Account |
| Taxpayer ID No: | *******5170 | | | |
| For Period Ending: | 04/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Todd C. Meyers, Esq. Kilpatrick Townsend & Stockton LLP 1100 Peachtree St., Suite 2800 Atlanta, GA 30309 | 2/21/17 CHECK RETURNED UNDELIVERABLE AFTER SPEAKING WITH PARTIES OF OLD ADDRESS | | | | |
| 02/07/17 | 010033 | UNITED STATES BANKRUPTCY COURT 1415 STATE STREET SANTA BARBARA, CA 93101-2511 | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT ITEM #   CLAIM #   DIVIDEND =========================== 5   000005   1.66 | 7100-001 | | 1.66 | 0.00 |
| * 02/08/17 | 010031 | WELLS FARGO BANK, NATIONAL ASSOC ERIC A SCHAFFER ESQ REED SMITH LLP 225 FIFTH AVE SUITE 1200 PITTSBURGH PA 15222 | Claim 000015, Payment 0.63% INCORRECT PAYEE INFORMATION | 7100-003 | | -65,147.49 | 65,147.49 |
| * 02/08/17 | 010032 | Wilmington Trust Company, as Trustee c/o Todd C. Meyers, Esq. Kilpatrick Townsend & Stockton LLP 1100 Peachtree St., Suite 2800 Atlanta, GA 30309 | Claim 000018, Payment 0.63% INCORRECT PAYEE INFO | 7100-003 | | -103,549.71 | 168,697.20 |
| 02/08/17 | 010034 | WELLS FARGO BANK, NATIONAL ASSOC 40 WEST 57TH ST, 16TH FL NEW YORK, NY 10019 | CLAIM 000015 REPLACED VOIDED CHECK # 10031 | 7100-000 | | 65,147.49 | 103,549.71 |
| * 02/08/17 | 010035 | ATTN: JAMES LEWIS Wilmington Trust Company 1100 NORTH MARKET ST WILMINGTON, DE 19890 | CLAIM 000018 REPLACES VOIDED CHECK # 10032 | 7100-004 | | 103,549.71 | 0.00 |
| * 02/15/17 | 010036 | ATTN: STEVEN M. CIMALORE Wilmington Trust Company | 2/14/16 REQUESTED STOP PAYMENT AND | 7100-003 | | | 0.00 |

| | | Page Subtotals | 0.00 | 1.66 |
|---|---|---|---|---|

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 21)

FORM 2                                                                                                    Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 9:10-14677 -PC |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN |

| | |
|---|---|
| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6453  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******5170 |
| For Period Ending: | 04/03/17 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Rodney Square North<br>1100 NORTH MARKET ST<br>WILMINGTON, DE  19890-1615 | REISSUE BY CREDITOR | | | | |
| * 02/15/17 | 010036 | ATTN: STEVEN M. CIMALORE<br>Wilmington Trust Company<br>Rodney Square North<br>1100 NORTH MARKET ST<br>WILMINGTON, DE  19890-1615 | VOID<br>NO $ AMOUNT | 7100-003 | | | 0.00 |
| * 02/16/17 | 010035 | ATTN: STEVEN M. CIMALORE<br>Wilmington Trust Company<br>1100 NORTH MARKET ST<br>WILMINGTON, DE  19890 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -103,549.71 | 103,549.71 |
| 02/16/17 | 010037 | ATTN: STEVEN M. CIMALORE<br>Wilmington Trust Company<br>Rodney Square North<br>1100 NORTH MARKET ST<br>WILMINGTON, DE  19890-1615<br><br>ATTN: STEVEN M. CIMALORE | claim 000018<br>REISSUE OF STOPPED CHECK #10035 | 7100-000 | | 103,549.71 | 0.00 |

Page Subtotals                        0.00                0.00

Ver: 19.07a

**FORM 2**

Page: 10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 9:10-14677 -PC |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN |
| | |
| Taxpayer ID No: | *******5170 |
| For Period Ending: | 04/03/17 |

| | |
|---|---|
| Trustee Name: | JERRY NAMBA, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6453  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 908,367.96 | 908,367.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 368,670.61 | 43,000.00 | |
| | | | Subtotal | | 539,697.35 | 865,367.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 539,697.35 | 865,367.96 | |

Page Subtotals    0.00    0.00

Ver: 19.07a

FORM 2    Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | | |
|---|---|---|
| Case No: | 9:10-14677 -PC | |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | |

Trustee Name: JERRY NAMBA, TRUSTEE
Bank Name: Bank of America
Account Number / CD #: *******5443  TIP Account

Taxpayer ID No: *******5170
For Period Ending: 04/03/17

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/12 | | Transfer from Acct #*******5456 | Bank Funds Transfer | 9999-000 | 327,524.54 | | 327,524.54 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 389.27 | 327,135.27 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 429.03 | 326,706.24 |
| 08/23/12 | | Transfer to Acct #*******5456 | Bank Funds Transfer | 9999-000 | | 310.00 | 326,396.24 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 414.96 | 325,981.28 |
| 09/25/12 | | Bank of America | BANK FEES | 2600-000 | | 320.64 | 325,660.64 |
| | | 901 MAIN ST. | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 09/25/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 325,660.64 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 327,524.54 | 327,524.54 | 0.00 |
| Less:  Bank Transfers/CD's | | 327,524.54 | 325,970.64 | |
| Subtotal | | 0.00 | 1,553.90 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 1,553.90 | |

Page Subtotals    327,524.54    327,524.54

Ver: 19.07a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   12

Exhibit 9

| Case No: | 9:10-14677 -PC | Trustee Name: | JERRY NAMBA, TRUSTEE |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******5456  Checking Account (Non-Interest Earn |

| Taxpayer ID No: | *******5170 | | |
| For Period Ending: | 04/03/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/12 | 1 | UNION BANK | CLOSED BANK ACCOUNT | 1129-000 | 495.20 | | 495.20 |
| 05/21/12 | 2 | UNION BANK | CLOSED BANK ACCT | 1129-000 | 327,029.34 | | 327,524.54 |
| 05/21/12 | | Transfer to Acct #*******5443 | Bank Funds Transfer | 9999-000 | | 327,524.54 | 0.00 |
| 08/23/12 | | Transfer from Acct #*******5443 | Bank Funds Transfer | 9999-000 | 310.00 | | 310.00 |
| 08/23/12 | 000101 | AC ENTERPRISES | MOVE AND STORAGE | 2990-000 | | 300.00 | 10.00 |
| | | P.O. BOX 2916 | GEN ORD 00-01 | | | | |
| | | ORCUTT, CA 93457 | PICK UP AND MOVE DOCUMENT BOXES. | | | | |
| | | | STORE AND MOVE TO NEW STORAGE | | | | |
| | | | FACILITY. | | | | |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.02 | 9.98 |
| 09/25/12 | | Bank of America | BANK FEES | 2600-000 | | 0.01 | 9.97 |
| | | 901 MAIN ST. | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 09/25/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9.97 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 327,834.54 | 327,834.54 | 0.00 |
| Less:  Bank Transfers/CD's | 310.00 | 327,534.51 | |
| Subtotal | 327,524.54 | 300.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 327,524.54 | 300.03 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******1116 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******6453 | 539,697.35 | 865,367.96 | 0.00 |
| TIP Account - *******5443 | 0.00 | 1,553.90 | 0.00 |
| Checking Account (Non-Interest Earn - *******5456 | 327,524.54 | 300.03 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 867,221.89 | 867,221.89 | 0.00 |
| Page Subtotals | 327,834.54 | 327,834.54 | |

Ver: 19.07a

FORM 2                                                                                                    Page:    13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| Case No: | 9:10-14677  -PC | | Trustee Name: | JERRY NAMBA, TRUSTEE |
| Case Name: | HARRINGTON WEST FINANCIAL GROUP, IN | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******5456  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5170 | | | |
| For Period Ending: | 04/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ (Excludes Account Transfers) | ============ (Excludes Payments To Debtors) | ============ Total Funds On Hand |

|  |  |  | Page Subtotals | | 0.00 | 0.00 | |

Ver: 19.07a